IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION

| | |
|---|---|
| In re: § § § ANIMAS WELL SERVICES, LLC, § § Debtor. § § | Case No. 15-70162 (Chapter 11) |

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is a list of the Debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this Chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101 or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parents or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| Name | Contact Name of Agent | Nature of Claim | Status of Claim | Amount |
|---|---|---|---|---|
| Internal Revenue Service - Internal Revenue Service Ogden, UT 84201-0039 | Internal Revenue Service Ogden, UT 84201-0039 | Owe for one quarter of payroll tax and penalties | | $182,909 |
| Texas State Comptroller - State Comptroller Comptroller of Public Accounts PO Box 149354 Austin TX 78714-9354 | PO Box 149354 Austin TX 78714-9354 | One month is past due for Sales & Use Permit | | $20,000 |
| William Krisa - 33 Coachlight Drive Poughkeepsie NY 12601 | 33 Coachlight Drive Poughkeepsie NY 12601 – 845-214-0674 | Loan | Unliquidated | $75,000 |
| Citibank - CitiBusiness Card P.O. Box 6401 The Lakes NV 889016401 | P.O. Box 6401 The Lakes NV 889016401 | Credit line trade loan | | $40,458 |
| E & E Service & Supply Inc - PO Box 70408 Odessa, TX 79769 | Deena - PO Box 70408 Odessa, TX 79769 - 432-367-7229 | Vendor | | $110,508 |
| Integrity Diesel Services, LLC - PO Box 14888 Odessa, TX 79768 | Cyndi - PO Box 14888 Odessa, TX 79768 - 432- | Vendor, in litigation. | Disputed | $55,862 |

|  | 556-7683 |  |  |
|---|---|---|---|
| Dragon Rig Sales and Service Ltd.<br>P. O. Box<br>3127 Beaumont TX  77704 | Dragon Rig Sales and Service Ltd.<br>P. O. Box 3127 Beaumont TX 77704 - 432-333-5824 | Vendor | $47,928 |
| Carter Tool Co.<br>PO Box 3388<br>Odessa, TX  79760 | PO Box 3388 Odessa, TX 79760 - 432-333-5824 | Vendor | $23,143 |
| The Paint and Safety Store, Inc. - The Paint and Safety Store, Inc.<br>201 S Benton<br>Big Spring, TX  79720 | Ashley - 201 S Benton Big Spring, TX 79720 - 432-263-8491 | Vendor | $20,674 |
| Double H Bands, Ltd.<br>6502 N. CR<br>West Odessa, TX  79764 | 6502 N. CR West Odessa, TX 79764 - 432-368-5522 | Vendor | $19,975 |
| Wright Express<br>P. O. Box 6293<br>Carol Stream IL  601976293 | P. O. Box 6293 Carol Stream IL 601976293 | Vendor | $19,789 |
| Gordon Brothers Supply, Inc.<br>PO Box 355<br>Stroud, OK  74079 | PO Box 355 Stroud, OK 74079 - 918-968-2591 | Vendor | $18,308 |
| ACTS<br>P. O. Drawer 7769<br>Odessa TX  79760 | P. O. Drawer 7769 Odessa TX 79760 | Vendor | $14,782 |
| Mulato & Mundo Services, LLC2<br>467 N Polaris Ave.<br>Odessa, TX  79763 | Ednundo Arreola - 2467 N Polaris Ave. Odessa, TX 79763 | Vendor | $14,000 |
| Tommy White Supply Company, Inc.<br>P. O. Box 1709<br>Midland TX  79702 | Max/Doris - P. O. Box 1709 Midland TX 79702 - 432-683-6361 | Vendor | $13,557 |
| SRH Tools, LLC<br>1104 N CR 1090<br>Midland, TX  79706 | 1104 N CR 1090 Midland, TX 79706 - 432-686-1058 | Vendor | $13,402 |
| Gonzales Welding & Machine<br>PO Box 1141<br>Hobbs, NM  88241 | PO Box 1141 Hobbs, NM 88241 - 575-392-6062 | Vendor | $12,878 |

| | | | |
|---|---|---|---|
| Toro Spooling Services<br>3071 N Fremont<br>Odessa, TX  79764 | 3071 N Fremont Odessa, TX 79764 - 432-924-8735 | Vendor | $12,370 |
| Rapid Oil Change<br>1101 Andrews Hwy<br>Midland, TX  79701 | 1101 Andrews Hwy Midland, TX  79701 - 432-366-4333 | Vendor | $11,770 |
| Pro-P Services<br>PO Box 69171<br>Odessa, TX  79769 | Sabos - PO Box 69171 Odessa, TX  79769 - 432-853-9576 | Vendor | $11,564 |

Date:  November 24, 2015          By:   */s/ Kenneth C. Krisa (w/ permission)*
                                        Animas Well Services, LLC,
                                        Kenneth C. Krisa, President

# DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Kenneth C. Krisa, the president, member, and authorized agent of Animas Well Services, LLC (the "Debtor"), declare under penalty of perjury that I have read the foregoing list of top 20 unsecured creditors, and that it is true and correct to the best of my information and belief.

Date: November 24, 2015            By: */s/ Kenneth C. Krisa (w/ permission)*
                                       Kenneth C. Krisa, President of
                                       Animas Well Services, LLC