**Fill in this information to identify the case:**

Debtor name: Animas Well Services, LLC

United States Bankruptcy Court for the: Western District of TX (State)

Case number (If known): 15-70162-RBK

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    12/15

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1: Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From 01/01/2015 MM/DD/YYYY | to | Filing date | ☒ Operating a business ☐ Other | $ 4,171,874.82 |
| For prior year: | From 01/01/2014 MM/DD/YYYY | to | 12/31/2014 MM/DD/YYYY | ☒ Operating a business ☐ Other | $ 4,899,819.76 |
| For the year before that: | From 01/01/2013 MM/DD/YYYY | to | 12/31/2013 MM/DD/YYYY | ☒ Operating a business ☐ Other | $ 5,051,240.11 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None

| | | | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From MM/DD/YYYY | to | Filing date | _____ | $ _____ |
| For prior year: | From MM/DD/YYYY | to | MM/DD/YYYY | _____ | $ _____ |
| For the year before that: | From MM/DD/YYYY | to | MM/DD/YYYY | _____ | $ _____ |

Official Form 207    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    page 1

Debtor: Animas Well Services, LLC
Case number (if known): 15-70162-RBK

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer (Check all that apply) |
|---|---|---|---|---|
| 3.1 | Baseline Capital, Inc.<br>P.O. Box 51768<br>Midland, TX 79701 | 9/2/2015, 9/8/2015<br>9/16/2015, 9/21/2015<br>9/21/2015, 10/6/2015<br>10/13/2015<br>10/29/2015 | $75,738.54 | ☒ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |
| 3.2 | Nations Equipment Finance<br>101 Merritt Seven 5th Floor<br>Norwalk, CT 06851 | 9/15/2015<br>10/15/2015 | $24,000.00 | ☒ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1 | Kenneth Krisa<br>P.O. Box 1814<br>Midland, TX 79702<br>**Relationship to debtor:** President of the Company | | $33,000.00 | Rental Payments on trucks leased to the company. |
| 4.2 | James Osborne<br>P.O. Box 1814<br>Midland, TX 79702<br>**Relationship to debtor:** Vice President of the Company | | $425.00 | Expense Reimbursements. |

Official Form 207 — Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy — page 2

Debtor  Animas Well Services, LLC    Case number  15-70162-RBK

**Part 2: List Certain Transfers Made Before Filing Bankruptcy**

### 3.3

| Creditor's name and address | Dates | Total amount of value | Reasons for payment or transfer (Check all that apply) |
|---|---|---|---|
| Cimarron Energy Partners<br>PO Box 1814<br>Midland, TX 79702 | 8/24/15; 8/31/15<br>9/9/15; 9/25/15<br>10/6/15; 10/13/15<br>11/12; 11/23; 11/24/15 | $ 70,360 | Secured Debt<br>X Unsecured Loan payments<br>Suppliers or vendors<br>Services<br>Other _____ |

### 3.4

| Creditor's name and address | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| CitiBusiness Card<br>P. O. Box 6401<br>The Lakes, NV 88901 | 8/25/15; 9/1/15<br>9/11/; 9/15; 9/24; 9/29/15<br>10/2; 10/7; 10/9; 10/12/15  10/14; 10/20; 10/26; 10/30/15<br>11/4; 11/10; 11/18; 11/24/15 | $ 89,500 | Secured Debt<br>X Unsecured Loan payments<br>Suppliers or vendors<br>Services<br>Other _____ |

### 3.5

| Creditor's name and address | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| Wright Express<br>P. O. Box 6293<br>Carol Stream, IL 60197 | 8/28/15; 9/29/15<br>11/3/15; 11/10/15<br>11/19/15; 11/24/15 | $ 84,479 | Secured Debt<br>Unsecured Loan payments<br>X Suppliers or vendors<br>Services<br>Other _____ |

### 3.6

| Creditor's name and address | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| Flatiron Capital<br>PO Box 712195<br>Denver, CO 80271 | 8/31/15; 10/3/15<br>11/2/15; 11/23/15 | $ 139,467 | Secured Debt<br>X Unsecured Loan payments<br>Suppliers or vendors<br>Services<br>Other _____ |

### 3.7

| Creditor's name and address | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| Mulato & Mundo Services<br>2467 Polaris Ave.<br>Odessa, TX 79763 | 9/1/15; 9/17/15<br>10/5/15; 10/8/15 | $ 30,000 | Secured Debt<br>Unsecured Loan payments<br>X Suppliers or vendors<br>Services<br>Other _____ |

Additional Page of SOFA Part 2: List of Certain Transfers Made Before Filing for Bankruptcy

Debtor  Animas Well Services, LLC                              Case number  15-70162-RBK

### Part 2: List Certain Transfers Made Before Filing Bankruptcy

#### 3.8

| Creditor's name and address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| Health Care Services-Blue Cross Blue Shield<br>PO Box 731428<br>Dallas, TX 75373 | 9/4/15<br>10/4/15<br>11/11/15 | $ 16,554 | Secured Debt<br>Unsecured Loan payments<br>X Suppliers or vendors<br>Services<br>Other _____ |

#### 3.9

| Creditor's name and address | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| CBL Ventures, LLC<br>2919 Commerce St, #343<br>Dallas, TX 75226 | 9/4/15; 10/1/15<br>10/13/15; 11/3/15<br>11/20/15 | $ 14,771 | Secured Debt<br>Unsecured Loan payments<br>X Suppliers or vendors<br>Services<br>Other _____ |

#### 3.10

| Creditor's name and address | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| First Insurance Funding<br>P. O. Box 664868<br>Chicago, IL 60666 | 9/4/15; 9/14/15<br>10/13; 10/19; 10/31/15<br>11/6/15; 11/19/15 | $ 18,328 | Secured Debt<br>X Unsecured Loan payments<br>Suppliers or vendors<br>Services<br>Other _____ |

#### 3.11

| Creditor's name and address | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| United States Treasury / I R S<br>Centralized Insolvency Office PO Box 7346<br>Philadelphia, PA 19101 | 9/4/15; 11/20/15 | $ 8,702 | Secured Debt<br>Unsecured Loan payments<br>Suppliers or vendors<br>Services<br>Other  Payroll Withholding |

#### 3.12

| Creditor's name and address | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| Kenneth C. Krisa<br>P. O. Box 1814<br>Midland, TX | 9/8/15<br>10/5/15; 10/31/15 | $ 9,000 | Secured Debt<br>Unsecured Loan payments<br>X Suppliers or vendors<br>Services<br>Other _____ |

Additional Page of SOFA Part 2: List of Certain Transfers Made Before Filing for Bankruptcy

Debtor   Animas Well Services, LLC                                  Case number   15-70162-RBK

### Part 2: List Certain Transfers Made Before Filing Bankruptcy

**3.13**

| Creditor's name and address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| Ford Credit<br>P. O. Box 650575<br>Dallas, TX 75260 | 9/10/15<br>10/14/15<br>11/5/15 | $ 6,458 | X Secured Debt<br>Unsecured Loan payments<br>Suppliers or vendors<br>Services<br>Other _____ |

**3.14**

| | | | |
|---|---|---|---|
| C&S Diesel Services<br>13851 N Loyola Avenue<br>Gardendale, TX 79758 | 9/11/15<br>11/13/15 | $ 9,284 | Secured Debt<br>Unsecured Loan payments<br>X Suppliers or vendors<br>Services<br>Other _____ |

**3.15**

| | | | |
|---|---|---|---|
| Texas State Comptroller<br>Bankruptcy Section - PO Box 13528<br>Capital Station, Austin, TX 78711 | 9/15/15; 9/22/15<br>9/28/15; 10/20/15 | $ 111,046 | Secured Debt<br>Unsecured Loan payments<br>Suppliers or vendors<br>Services<br>Other  Sale & Use Tax |

**3.16**

| | | | |
|---|---|---|---|
| Well Watch, LLC<br>804 E Cedar<br>Ness City, KS 67560 | 9/29/15; 11/13/15 | $ 24,040 | Secured Debt<br>Unsecured Loan payments<br>X Suppliers or vendors<br>Services<br>Other _____ |

| | | | |
|---|---|---|---|
| | | | Secured Debt<br>Unsecured Loan payments<br>Suppliers or vendors<br>Services<br>Other _____ |

Additional Page of SOFA Part 2: List of Certain Transfers Made Before Filing for Bankruptcy

Debtor ___Animas Well Services, LLC___  Case number (if known)___15-70162-RBK___
      Name

## 5. Repossessions, foreclosures, and returns

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

[x] None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | Creditor's name / Street / City / State / ZIP Code | | | $ |
| 5.2. | Creditor's name / Street / City / State / ZIP Code | | | $ |

## 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

[x] None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's name / Street / City / State / ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | $ |

### Part 3: Legal Actions or Assignments

## 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

[ ] None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Integrity Diesel vs. Animas Well Services<br>**Case number**<br>CC-26,199 | Payment plan for debt. | County Court at Law of Ector County, Texas<br>Name / Street / City / State / ZIP Code | [x] Pending<br>[ ] On appeal<br>[ ] Concluded |
| 7.2. | Animas Well Services vs. Ford Motor Company<br>**Case number**<br>CC 18342 | Product Liability | District Court Midland County, Texas<br>Name / Street / City / State / ZIP Code | [x] Pending<br>[ ] On appeal<br>[ ] Concluded |

Official Form 207     Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     page 3

Debtor __Animas Well Services, LLC__     Case number (if known) __15-70162-RBK__
   Name

## Part 4: Certain Gifts and Charitable Contributions

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

[X] None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| Custodian's name | | $ |
| Street | Case title | Court name and address |
| City   State   ZIP Code | Case number | Name |
| | | Street |
| | Date of order or assignment | City   State   ZIP Code |

## Part 4: Certain Gifts and Charitable Contributions

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

[X] None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. Recipient's name | | | $ |
| Street | | | |
| City   State   ZIP Code | | | |
| Recipient's relationship to debtor | | | |
| 9.2. Recipient's name | | | $ |
| Street | | | |
| City   State   ZIP Code | | | |
| Recipient's relationship to debtor | | | |

## Part 5: Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

[ ] None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss — If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Date of loss | Value of property lost |
|---|---|---|---|
| Rig 507 had a fire on a well site and an insurance claim was filed. | $321,063.35 | 09/10/2014 | $ 321,063 |

Official Form 207     Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     page 4

Debtor __Animas Well Services, LLC__  Case number (if known) __15-70162-RBK__

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | CBL Ventures, LLC<br>Address<br>2919 Commerce Street, #343<br>Street<br>Dallas, TX 75226<br>Email or website address<br>CLang@CBLVentures.com<br>Who made the payment, if not debtor? | | 5/12/2015, 6/8/2015<br>7/13/2015, 8/10/2015<br>9/4/2015, 10/1/2015<br>10/13/2015, 11/3/2015<br>11/20/2015 | $ 29,975.19 |
| 11.2. | Colombia Consulting Group, LLC<br>Address<br>5117 Balmoral Lane<br>Street<br>Flower Mound, TX 75208<br>Email or website address<br>JWorley@ccgpllc.net<br>Who made the payment, if not debtor? | | 11/3/2015, 11/16/2015 | $ 10,000 |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $ |
| Trustee | | | |

Debtor **Animas Well Services, LLC**　　　　　　　　　　　Case number **15-70162-RBK**

## Part 6: Certain Payments or Transfers

**11.3**

| Who was paid ro received the transfer? | If not money, describe any property transferred | Dates | Total Amount of Value |
|---|---|---|---|
| Glast, Phillips & Murray, P. C. | | 11/3/2015; 11/16/2015 | $ 20,000 |

Address
14801 Quorum Drive, Suite 500
Dallas, TX 75254

Email or website address
jhowell@gpm-law.com

Who made the payment, if not debtor?

---

Who was paid ro received the transfer?　　If not money, describe any property transferred　　Dates　　Total Amount of Value

Address

Email or website address

Who made the payment, if not debtor?

---

Who was paid ro received the transfer?　　If not money, describe any property transferred　　Dates　　Total Amount of Value

Address

Email or website address

Who made the payment, if not debtor?

---

Who was paid ro received the transfer?　　If not money, describe any property transferred　　Dates　　Total Amount of Value

Address

Email or website address

Who made the payment, if not debtor?

Additional Page of SOFA Part 6: List of Certain Payments or Transfers

Debtor __Animas Well Services, LLC__  Case number (if known) __15-70162-RBK__
       Name

## 13. Transfers not already listed on this statement

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

[X] None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | | | | $ |
| | Address | | | |
| | Street | | | |
| | City  State  ZIP Code | | | |
| | Relationship to debtor | | | |
| 13.2. | Who received transfer? | | | $ |
| | Address | | | |
| | Street | | | |
| | City  State  ZIP Code | | | |
| | Relationship to debtor | | | |

### Part 7: Previous Locations

## 14. Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

[X] Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | Street | From _____ To _____ |
| | City  State  ZIP Code | |
| 14.2. | Street | From _____ To _____ |
| | City  State  ZIP Code | |

Official Form 207  Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  page 6

Debtor ___Animas Well Services, LLC___ Case number (if known)___15-70162-RBK___
      Name

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. Facility name<br>Street<br>City State ZIP Code | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br>Check all that apply:<br>☐ Electronically<br>☐ Paper |
| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| 15.2. Facility name<br>Street<br>City State ZIP Code | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br>Check all that apply:<br>☐ Electronically<br>☐ Paper |

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained. _____
    Does the debtor have a privacy policy about that information?
    ☐ No
    ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?
    ☐ No. Go to Part 10.
    ☐ Yes. Fill in below:
        Name of plan                                  Employer identification number of the plan
        _____     EIN: __ __ - __ __ __ __ __ __ __
        Has the plan been terminated?
        ☐ No
        ☐ Yes

Official Form 207       Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy       page 7

Debtor __Animas Well Services, LLC__  Case number (if known) __15-70162-RBK__
Name

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

[X] None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. Name / Street / City State ZIP Code | XXXX-____ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | _____ | $_____ |
| 18.2. Name / Street / City State ZIP Code | XXXX-____ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

[X] None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name / Street / City State ZIP Code | _____ Address _____ | _____ | ☐ No ☐ Yes |

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

[X] None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name / Street / City State ZIP Code | _____ Address _____ | _____ | ☐ No ☐ Yes |

Official Form 207  Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  page 8

Debtor   Animas Well Services, LLC                              Case number (if known) 15-70162-RBK

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $ |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Report all notices, releases, and proceedings known, regardless of when they occurred.

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| Case number | | | ☐ Pending ☐ On appeal ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

Official Form 207    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    page 9

Debtor ___Animas Well Services, LLC___  Case number (if known) __15-70162-RBK__
      Name

**24. Has the debtor notified any governmental unit of any release of hazardous material?**
- [x] No
- [ ] Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City  State  ZIP Code | City  State  ZIP Code | | |

---

## Part 13: Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

- [x] None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Name<br>Street<br>City  State  ZIP Code | | EIN: __ __ - __ __ __ __ __ __ __<br>Dates business existed<br>From _____ To _____ |
| 25.2. | Name<br>Street<br>City  State  ZIP Code | | EIN: __ __ - __ __ __ __ __ __ __<br>Dates business existed<br>From _____ To _____ |
| 25.3. | Name<br>Street<br>City  State  ZIP Code | | EIN: __ __ - __ __ __ __ __ __ __<br>Dates business existed<br>From _____ To _____ |

Official Form 207     Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     page 10

Debtor  Animas Well Services, LLC  
Name

Case number (if known) 15-70162-RBK

## 26. Books, records, and financial statements

**26a.** List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

**26a.1.**
Name and address

Kay McKelvy  
Name  
6304 Prospect Hill Drive  
Street  
Granbury  TX  76049  
City  State  ZIP Code

Dates of service  
From 8/2/2004  To Current

**26a.2.**
Name and address

Name  
Street  
City  State  ZIP Code

Dates of service  
From _____  To _____

**26b.** List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

**26b.1.**
Name and address

DE Business Solutions  
Name  
1031 Andrews Hwy #304  
Street  
Midland  TX  79701  
City  State  ZIP Code

Dates of service  
From 5/2010  To Current

**26b.2.**
Name and address

Armstrong, Backus & Comany  
Name  
200 North Loraine Street, Suite 900  
Street  
Midland  TX  79701  
City  State  ZIP Code

Dates of service  
From 5/2005  To 5/2015

**26c.** List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

**26c.1.**
Name and address

Kay McKelvy  
Name  
6304 Prospect Hill Drive  
Street  
Granbury  TX  76049  
City  State  ZIP Code

If any books of account and records are unavailable, explain why

Official Form 207  Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  page 11

Debtor __Animas Well Services, LLC__  Case number (if known) __15-70162-RBK__
        Name

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.2 | Name _____ Street _____ City _____ State _____ ZIP Code _____ | _____ _____ _____ |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

Name and address

26d.1. Name: Commercial State Bank
Street: 407 Big Spring
City: Midland   State: TX   ZIP Code: 79701

Name and address

26d.2. Name: Nations Equipment Financ
Street: 101 Merritt Seven Fifth Floor
City: Norwalk   State: CT   ZIP Code: 06851

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

Name and address of the person who has possession of inventory records

27.1. Name _____
Street _____
City _____ State _____ ZIP Code _____

Official Form 207   Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   page 12

Debtor  Animas Well Services, LLC

Case number  15-70162-RBK

## Part 13: Details About the Debtor's Business or Connections to Any Business

**26d.3** List all financial instutions, creditors to whom debtor issued a financial statement within 2 years before filing this case.

Name

BaseLine Capital, Inc.

Address

P.O. Box 51768
Midland, TX 79701

Name

Address

Name

Address

Name

Address

Additional Page of SOFA Part 13: Details About the Debtor's Business or Connections to Any Business

Debtor   Animas Well Services, LLC
         Name

Case number (if known) 15-70162-RBK

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| | _____ | _____ | $ _____ |

Name and address of the person who has possession of inventory records

27.2.
Name _____
Street _____
City _____ State _____ ZIP Code _____

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Kenneth Krisa | P.O. Box 1814, Midland TX 79702 | President. Owns equity in the Company | 29.142 |
| James Osborne | P.O. Box 1814, Midland TX 79702 | Vice President and owns equity in the Company. | 27.956 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | From ____ To ____ |
| | | | From ____ To ____ |
| | | | From ____ To ____ |
| | | | From ____ To ____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Kenneth Krisa | $18,000.00 | | Truck rental Payments. |
| Name | | | |
| P.O. Box 1814 | | | |
| Street | | | |
| Midland  TX  79702 | | | |
| City   State   ZIP Code | | | |
| Relationship to debtor | | | |
| President | | | |

Official Form 207          Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          page 13

Debtor  Animas Well Services, LLC  
Name

Case number (if known) 15-70162-RBK

**Name and address of recipient**  $425.00  Expense Reimbursement.

30.2  
James Osborne  
Name  
P.O. Box 1814  
Street  

Midland | TX | 79702  
City | State | ZIP Code

**Relationship to debtor**  
Vice President

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?  
☒ No  
☐ Yes. Identify below.

Name of the parent corporation | Employer Identification number of the parent corporation  
EIN: __ __ - __ __ __ __ __ __ __

32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?  
☒ No  
☐ Yes. Identify below.

Name of the pension fund | Employer Identification number of the pension fund  
EIN: __ __ - __ __ __ __ __ __ __

**Part 14: Signature and Declaration**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 12/22/2015  
MM / DD / YYYY

X _[signature]_  
Signature of individual signing on behalf of the debtor  

Printed name KENNETH C KRISA

Position or relationship to debtor PRESIDENT

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?  
☐ No  
☒ Yes