**Fill in this information to identify the case:**

Debtor name  Animas Well Services, LLC

United States Bankruptcy Court for the: Western   District of Texas
(State)

Case number (If known): 15-70162

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals  12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*...................................................................................  $ 0

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................  $ 3,501,337

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*....................................................................................  $ 3,501,337

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.............................  $ 5,056,648

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..................................................  $ 215,823

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*........................  + $ 1,346,735

4. **Total liabilities**..........................................................................................................................  $ 6,619,206
   Lines 2 + 3a + 3b

Official Form 206Sum   **Summary of Assets and Liabilities for Non-Individuals**   page 1

**Fill in this information to identify the case:**

Debtor name: Animas Well Services, LLC

United States Bankruptcy Court for the: Western District of Texas
(State)

Case number (If known): 15-70162-RBK

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets — Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

2. **Cash on hand** — $282

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1. Commercial State Bank | Operating | 4 3 5 7 | $5,500 |
   | 3.2. Commerical State Bank | Payroll | 4 3 6 5 | $333 |
   | Commercial State Bank | Money Market | 0 9 4 8 | 2,634 |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____ $_____
   4.2. _____ $_____

5. **Total of Part 1** — $8,749

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

   **Current value of debtor's interest**

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit
   7.1. Deposit - Service King — $68,000
   7.2. Deposit - Nations — $72,945
        Deposit - Well Watch — $12,000

---

Official Form 206A/B        Schedule A/B: Assets — Real and Personal Property        page 1

Debtor ___Animas Well Services, LLC_____ Case number (*if known*) 15-70162-RBK
      Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1. ____Prepaid Insurance_____ $_____58,137___
   8.2. _____ $_____

9. **Total of Part 2.**                                                                                  $_____211,082___

   Add lines 7 through 8. Copy the total to line 81.

### Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

   ☐ No. Go to Part 4.
   ☑ Yes. Fill in the information below.

**Current value of debtor's interest**

11. **Accounts receivable**

   11a. 90 days old or less:  $ 466,404  –  _____  = ........→  $_____466,404___
                                  face amount             doubtful or uncollectible accounts

   11b. Over 90 days old:   $ 112,102  –  65,000  = ........→  $_____47,102___
                                  face amount             doubtful or uncollectible accounts

12. **Total of Part 3**                                                                                $_____513,506___

   Current value on lines 11a + 11b = line 12. Copy the total to line 82.

### Part 4: Investments

13. **Does the debtor own any investments?**

   ☑ No. Go to Part 5.
   ☐ Yes. Fill in the information below.

| | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

   Name of fund or stock:
   14.1. _____ _____ $_____
   14.2. _____ _____ $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

   Name of entity:                                                         % of ownership:
   15.1. _____ _____% _____ $_____
   15.2. _____ _____% _____ $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

   Describe:
   16.1. _____ _____ $_____
   16.2. _____ _____ $_____

17. **Total of Part 4**                                                                                $_____

   Add lines 14 through 16. Copy the total to line 83.

| Part 5: | Inventory, excluding agriculture assets |

18. **Does the debtor own any inventory (excluding agriculture assets)?**
    - ☒ No. Go to Part 6.
    - ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19. **Raw materials**
    _____  _____  $_____  _____  $_____
    　　　　　　　　　　　　　　　　　　　　　MM / DD / YYYY

20. **Work in progress**
    _____  _____  $_____  _____  $_____
    　　　　　　　　　　　　　　　　　　　　　MM / DD / YYYY

21. **Finished goods, including goods held for resale**
    _____  _____  $_____  _____  $_____
    　　　　　　　　　　　　　　　　　　　　　MM / DD / YYYY

22. **Other inventory or supplies**
    _____  _____  $_____  _____  $_____
    　　　　　　　　　　　　　　　　　　　　　MM / DD / YYYY

23. **Total of Part 5**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　$_____
    Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
    - ☐ No
    - ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    - ☐ No
    - ☐ Yes. Book value _____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    - ☐ No
    - ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
    - ☒ No. Go to Part 7.
    - ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

28. **Crops—either planted or harvested**
    _____  $_____  _____  $_____

29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish
    _____  $_____  _____  $_____

30. **Farm machinery and equipment** (Other than titled motor vehicles)
    _____  $_____  _____  $_____

31. **Farm and fishing supplies, chemicals, and feed**
    _____  $_____  _____  $_____

32. **Other farming and fishing-related property not already listed in Part 6**
    _____  $_____  _____  $_____

Debtor ___Animas Well Services, LLC_____ Case number *(if known)* 15-70162-RBK
      Name

---

33. **Total of Part 6.**

    Add lines 28 through 32. Copy the total to line 85.      $_____

34. **Is the debtor a member of an agricultural cooperative?**
    - ❑ No
    - ❑ Yes. Is any of the debtor's property stored at the cooperative?
        - ❑ No
        - ❑ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
    - ❑ No
    - ❑ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
    - ❑ No
    - ❑ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
    - ❑ No
    - ❑ Yes

### Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
    - ❑ No. Go to Part 8.
    - ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** _____ | $_____ | _____ | $_____ |
| 40. **Office fixtures** _____ | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** Computer Equipment | $ 0 | Estimate | $ 1,000 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

    Add lines 39 through 42. Copy the total to line 86.      $ 1,000

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    - ❑ No
    - ☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    - ☑ No
    - ❑ Yes

---

Official Form 206A/B      Schedule A/B: Assets — Real and Personal Property      page **4**

Debtor  Animas Well Services, LLC
        Name

Case number (*if known*) 15-70162-RBK

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**
    - ☐ No. Go to Part 9.
    - ☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

    | | | | |
    |---|---|---|---|
    | 47.1 Various Vehicles | $ 116,895 | FMV Estimate | $ 250,000 |
    | 47.2 Rolling Stock | $ 0 | FMV Estimate | $ 5,000 |
    | 47.3 Well Service Equipment | $ 1,155,958 | FMV Estimate | $ 2,500,000 |
    | 47.4 Portable Building | $ 0 | FMV Estimate | $ 2,000 |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

    48.1 _____ $_____ _____ $_____
    48.2 _____ $_____ _____ $_____

49. **Aircraft and accessories**

    49.1 _____ $_____ _____ $_____
    49.2 _____ $_____ _____ $_____

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

    | | | | |
    |---|---|---|---|
    | Shop Tools | $ 0 | 10,000 | $ 10,000 |

51. **Total of Part 8.**
    Add lines 47 through 50. Copy the total to line 87.

    $ 2,767,000

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    - ☐ No
    - ☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    - ☑ No
    - ☐ Yes

Debtor __Animas Well Services, LLC__  
Name

Case number (*if known*) 15-70162-RBK

## Part 9: Real property

54. **Does the debtor own or lease any real property?**
    - ☐ No. Go to Part 10.
    - ☒ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 Yard, Midland TX | Leasehold | $ 0 | Ordinary Lease | $ 0 |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

56. **Total of Part 9.**  $ _____
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    - ☒ No
    - ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    - ☒ No
    - ☐ Yes

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
    - ☒ No. Go to Part 11.
    - ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | $ | | $ |
| 61. **Internet domain names and websites** | $ | | $ |
| 62. **Licenses, franchises, and royalties** | $ | | $ |
| 63. **Customer lists, mailing lists, or other compilations** | $ | | $ |
| 64. **Other intangibles, or intellectual property**<br>Org Costs & Origination Fees | $ 248,000 | Est. FMV | $ 0 |
| 65. **Goodwill**<br>Goodwill | $ 67,000 | Est. FMV | $ 0 |

66. **Total of Part 10.**  $ 0
    Add lines 60 through 65. Copy the total to line 89.

Debtor  Animas Well Services, LLC  
Name

Case number (*if known*) 15-70162-RBK

---

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
    - ☒ No
    - ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    - ☐ No
    - ☒ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    - ☒ No
    - ☐ Yes

### Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.
    - ☒ No. Go to Part 12.
    - ☐ Yes. Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**
    Description (include name of obligor)
    _____   _____ − _____ = → $ _____
    Total face amount     doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)
    _____   Tax year _____  $ _____
    _____   Tax year _____  $ _____
    _____   Tax year _____  $ _____

73. **Interests in insurance policies or annuities**
    _____   $ _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
    Animas Well Services, LLC v Ford Motor Company, Co Plaintiff   $ _____0
    **Nature of claim**  Product Liability
    **Amount requested**  $ Diminimous Value

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
    _____   $ _____
    **Nature of claim**  _____
    **Amount requested**  $ _____

76. **Trusts, equitable or future interests in property**
    _____   $ _____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership
    _____   $ _____
    _____   $ _____

78. **Total of Part 11.**
    Add lines 71 through 77. Copy the total to line 90.   $ _____0

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    - ☒ No
    - ☐ Yes

---

Official Form 206A/B          Schedule A/B: Assets — Real and Personal Property          page **7**

Debtor __Animas Well Services, LLC__
Name

Case number *(if known)* 15-70162-RBK

# Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 8,749 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 211,082 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 513,506 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 1,000 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 2,767,000 | |
| 88. **Real property.** *Copy line 56, Part 9.* ➔ | | $ 0 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0 | |
| 91. **Total.** Add lines 80 through 90 for each column............ 91a. | $ 3,501,337 | 91b. $ 0 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ............................................................... $ 3,501,337

Official Form 206A/B     Schedule A/B: Assets — Real and Personal Property     page **8**

**Fill in this information to identify the case:**

Debtor name: Animas Well Services, LLC
United States Bankruptcy Court for the: Western District of Texas (State)
Case number (If known): 15-70162-RBK

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property  12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1: List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A — Amount of claim (Do not deduct the value of collateral.) | Column B — Value of collateral that supports this claim |
|---|---|---|

**2.1 Creditor's name:** BaseLine Capital
Describe debtor's property that is subject to a lien: Blanket Lien on Assets of Debtor
$3,278,349 | $2,300,000

Creditor's mailing address: P. O. Box 51768, Midland, TX 79710

Describe the lien: Term Note

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred: 10/11/2012
Last 4 digits of account number: __ __ __ __

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**2.2 Creditor's name:** Comercial State Bank
Describe debtor's property that is subject to a lien: Accounts Receivable
$231,559 | $231,599

Creditor's mailing address: 407 Big Spring, Midland, TX 79701

Describe the lien: LOC

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred: 9/19/2012
Last 4 digits of account number: 3 3 3 5

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   ☐ Yes. The relative priority of creditors is specified on lines ___

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.  $5,056,648

Official Form 206D   Schedule D: Creditors Who Have Claims Secured by Property   page 1 of ___

Debtor   Animas Well Services, LLC
         Name
Case number (if known) 15-70162-RBK

## Part 1: Additional Page

Column A — Amount of claim — Do not deduct the value of collateral.
Column B — Value of collateral that supports this claim

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2._ Creditor's name**
First Financial Bank

**Creditor's mailing address**
2651 John Ben Sheppard Pkwy
Odessa, TX 79762

**Creditor's email address, if known**

**Date debt was incurred**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.

　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Trucks

$ 34,868    $ 25,000

**Describe the lien**
Purchase Money

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2._ Creditor's name**
Ford Motor Credit

**Creditor's mailing address**
P. O. Box 650575
Dallas, TX 75260

**Creditor's email address, if known**

**Date debt was incurred**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.

　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Trucks

$ 9,850    $ 9,850

**Describe the lien**
Purchase Money

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Official Form 206D      Additional Page of Schedule D: Creditors Who Have Claims Secured by Property      page ___ of ___

Debtor **Animas Well Services, LLC**    Case number **15-70162-RBK**

### Part 1: Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.5** Creditor's Name<br>**Hitachi Capital America Corp**<br>Creditor's mailing address<br>**21925 Network Place**<br>**Chicago, IL 60673**<br><br>Creditor's email address, if known<br><br><br>Date or dates debt was incurred<br>Last 4 digits of account number<br>Do multiple creditors have an interest in the same property?<br>**X** No<br>☐ Yes, Specify each creditor, including this creditor, and its relative priority. | Describe debtor's property that is subject to a lien<br>**Equipment**<br><br>Describe the lien<br>**Purchase Money**<br>Is the creditor an insider or related party?<br>**X** No<br>☐ Yes<br><br>Is anyone else liable for this claim?<br>☐ No<br>**X** Yes<br><br>As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 27,187 | $ 27,187 |
| **2.6** Creditor's Name<br>**Nation's Equipment Finance**<br>Creditor's mailing address<br>**101 Merritt Seven Fifth Floor**<br>**Norwalk, CT 06851**<br><br>Creditor's email address, if known<br><br><br>Date or dates debt was incurred<br>Last 4 digits of account number<br>Do multiple creditors have an interest in the same property?<br>**X** No<br>☐ Yes, Specify each creditor, including this creditor, and its relative priority. | Describe debtor's property that is subject to a lien<br>**Certain Rigs**<br><br>Describe the lien<br>**Capital Lease**<br>Is the creditor an insider or related party?<br>**X** No<br>☐ Yes<br><br>Is anyone else liable for this claim?<br>☐ No<br>**X** Yes<br><br>As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 1,344,555 | $ 900,000 |

Additional Page of Schedule D: Creditors Who Have Claims Secured by Property    Page _3_ of _6_

Debtor  Animas Well Services, LLC          Case number  15-70162-RBK

### Part 1: Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|

**2.7 Creditor's Name**
TD Auto Finance

Creditor's mailing address
P. O. Box 16035
Lewiston, ME 04243

Creditor's email address, if known

Describe debtor's property that is subject to a lien
Truck                                    $ 7,539     $ 7,539

Describe the lien
Purchase Money

Is the creditor an insider or related party?
X ☐ No
☐ Yes

Date or dates debt was incurred
Last 4 digits of account number
Do multiple creditors have an interest in the same property?
X ☐ No
☐ Yes, Specify each creditor, including this creditor, and its relative priority.

Is anyone else liable for this claim?
☐ No
X ☐ Yes

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.8 Creditor's Name**
Midland County - Tax Office

Creditor's mailing address
c/o Midland County Appraisal Dist
P. O. Box 908002; Midland, TX 79708

Creditor's email address, if known

Describe debtor's property that is subject to a lien
Personal Property                        $ 3,279     $ -

Describe the lien
Taxes due 1/31/16

Is the creditor an insider or related party?
X ☐ No
☐ Yes

Date or dates debt was incurred  1/1/15
Last 4 digits of account number
Do multiple creditors have an interest in the same property?
X ☐ No
☐ Yes, Specify each creditor, including this creditor, and its relative priority.

Is anyone else liable for this claim?
X ☐ No
☐ Yes

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Additional Page of Schedule D: Creditors Who Have Claims Secured by Property           Page _4_ of _6_

Debtor: Animas Well Services, LLC  Case number: 15-70162-RBK

### Part 1: Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A — Amount of claim, Do not deduct the value of collateral
Column B — Value of collateral that supports this claim

**2.9 Creditor's Name:** Midland Hospital District - Tax Office
Creditor's mailing address: c/o Midland County Appraisal Dist, P. O. Box 908002; Midland, TX 79708
Creditor's email address, if known: 
Describe debtor's property that is subject to a lien: Personal Property
Describe the lien: Taxes due 1/31/16
Is the creditor an insider or related party? X No ☐ Yes
Date or dates debt was incurred: 1/1/15
Last 4 digits of account number:
Do multiple creditors have an interest in the same property? X No ☐ Yes
Is anyone else liable for this claim? X No ☐ Yes
As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $2,789  Column B: $ -

**2.10 Creditor's Name:** Midland College District - Tax Office
Creditor's mailing address: c/o Midland County Appraisal Dist, P. O. Box 908002; Midland, TX 79708
Creditor's email address, if known:
Describe debtor's property that is subject to a lien: Personal Property
Describe the lien: Taxes due 1/31/16
Is the creditor an insider or related party? X No ☐ Yes
Date or dates debt was incurred: 1/1/15
Last 4 digits of account number:
Do multiple creditors have an interest in the same property? X No ☐ Yes
Is anyone else liable for this claim? X No ☐ Yes
As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $2,931  Column B: $ -

Additional Page of Schedule D: Creditors Who Have Claims Secured by Property          Page _5_ of _6_

Debtor  **Animas Well Services, LLC**          Case number   **15-70162-RBK**

### Part 1:  Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.11** Creditor's Name: **Midland Indep School District-Tax Office**

Creditor's mailing address: **c/o Midland County Appraisal Dist**
**P. O. Box 908002; Midland, TX 79708**

Creditor's email address, if known:

Describe debtor's property that is subject to a lien: **Personal Property**

Describe the lien: **Taxes due 1/31/16**

Is the creditor an insider or related party?
**X** No
☐ Yes

$ 26,531     $ -

Date or dates debt was incurred: **1/1/15**
Last 4 digits of account number:
Do multiple creditors have an interest in the same property?
**X** No
☐ Yes, Specify each creditor, including this creditor, and its relative priority.

Is anyone else liable for this claim?
**X** No
☐ Yes

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Creditor's Name:
Creditor's mailing address:

Creditor's email address, if known:

Describe debtor's property that is subject to a lien:
Describe the lien:
Is the creditor an insider or related party?
☐ No
☐ Yes

$ -

Date or dates debt was incurred:
Last 4 digits of account number:
Do multiple creditors have an interest in the same property?
☐ No
☐ Yes, Specify each creditor, including this creditor, and its relative priority.

Is anyone else liable for this claim?
☐ No
☐ Yes

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Additional Page of Schedule D: Creditors Who Have Claims Secured by Property          Page _6_ of _6_