**Fill in this information to identify the case:**

Debtor    Animas Well Services, LLC

United States Bankruptcy Court for the:   Western    District of Texas
(State)

Case number   15-70162-RBK
(if known)

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1**
Priority creditor's name and mailing address
Internal Revenue Service
Centralized Insolvency Office PO Box 7346
Philadelphia, PA 19101

As of the petition filing date, the claim is: $ 188,224     $ 188,244
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
9/30/2015

Basis for the claim:
Payroll Taxes

Last 4 digits of account
number   ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (___)

---

**2.2**
Priority creditor's name and mailing address
Texas Comptroller of Public Accounts
PO Box 13528 Capital Station
Austin, TX 78711

As of the petition filing date, the claim is: $ 27,579     $ 27,579
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
10/1/2015

Basis for the claim:
Sales & Use Tax

Last 4 digits of account
number   ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (___)

---

**2.3**
Priority creditor's name and mailing address

As of the petition filing date, the claim is: $ ___     $ ___
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account
number   ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (___)

Debtor    Animas Well Services, LLC                     Case number *(if known)* 15-70162-RBK

| Part 2: | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

                                                      **Amount of claim**

**3.1**   **Nonpriority creditor's name and mailing address**
As of the petition filing date, the claim is:    $ 3,360.00
*Check all that apply.*

3H Trucking, LLC
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

2840 S Hwy 385
Odessa, Texas 79766

**Basis for the claim:** Services

Date or dates debt was incurred _____
**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

---

**3.2**   **Nonpriority creditor's name and mailing address**
As of the petition filing date, the claim is:    $986.22
*Check all that apply.*

A-1 Sign Engravers
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

PO Box 2641
Midland, Texas 79702

**Basis for the claim:** Services

Date or dates debt was incurred _____
**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

---

**3.3**   **Nonpriority creditor's name and mailing address**
As of the petition filing date, the claim is:    $ 14,781.87
*Check all that apply.*

ACTS
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

P. O. Drawer 7769
Odessa, Texas 79760

**Basis for the claim:** Services

Date or dates debt was incurred _____
**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

---

**3.4**   **Nonpriority creditor's name and mailing address**
As of the petition filing date, the claim is:    $ 2,625.54
*Check all that apply.*

Airgas Southwest
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

P. O. Box 676031
Dallas, TX 75267

**Basis for the claim:** Supplies

Date or dates debt was incurred _____
**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

---

**3.5**   **Nonpriority creditor's name and mailing address**
As of the petition filing date, the claim is:    $ 200.00
*Check all that apply.*

Alpha & Omega Safety
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

907 Green Drive
Odessa, Texas 79763

**Basis for the claim:** Services

Date or dates debt was incurred _____
**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

---

**3.6**   **Nonpriority creditor's name and mailing address**
As of the petition filing date, the claim is:    $ 5,575.00
*Check all that apply.*

Armstrong Backus & Co., LLP
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

PO Box 71
San Angelo, Texas 76902

**Basis for the claim:** Accounting Services

Date or dates debt was incurred _____
**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

Debtor  Animas Well Services, LLC
        _____    Case number (if known) _____
        Name

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.___** Nonpriority creditor's name and mailing address

Safety Kleen Systems, Inc.

10607 W County Road 167

Odessa, TX 79765

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Service

Is the claim subject to offset?
☑ No
☐ Yes

$ 110.50

---

**3.___** Nonpriority creditor's name and mailing address

Avis Lube

PO Box 908001

Midland, TX 79708

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Service

Is the claim subject to offset?
☑ No
☐ Yes

$ 4,858.40

---

**3.___** Nonpriority creditor's name and mailing address

B-Line Filter & Supply, Inc.

P. O. Box 4598

Odessa, TX 79760

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Supplier

Is the claim subject to offset?
☑ No
☐ Yes

$ 8,904.71

---

**3.___** Nonpriority creditor's name and mailing address

B&B Wrecker and Recovery, Inc.

2823 S. Rankin Hwy

Midland, TX 79706

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

Is the claim subject to offset?
☑ No
☐ Yes

$ 300.00

---

**3.___** Nonpriority creditor's name and mailing address

Bearing Supply Co.

PO Box 2886

Odessa, TX 79760

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Supply

Is the claim subject to offset?
☑ No
☐ Yes

$ 756.58

---

Debtor **Animas Well Services, LLC**                    Case number **15-70162-RBK**

| Part 2: | Additional Page | | Amount of claim |
|---|---|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page

**3.12** Nonpriority creditor's name and mailing address

Big 3 Tire, Inc.

P. O. Box 1777
Midland, TX 79702

Date or dates debt was incurred _____
Last 4 digits of account number _____

As of the petition filing date, the claim is:
*Check all that apply.*
- Contingent
- Unliquidated
- Disputed
- Liquidated and neither contingent nor disputed

Basis for the claim:  **Services**

Is the claim subject to offset?
X ☐ No
☐ Yes

$ 15.50

---

**3.13** Nonpriority creditor's name and mailing address

Big Toe Wreckers

3819 S Einstein Ave
Odessa, TX 79766

Date or dates debt was incurred _____
Last 4 digits of account number _____

As of the petition filing date, the claim is:
*Check all that apply.*
- Contingent
- Unliquidated
- Disputed
- Liquidated and neither contingent nor disputed

Basis for the claim:  **Services**

Is the claim subject to offset?
X ☐ No
☐ Yes

$ 2,220.00

---

**3.14** Nonpriority creditor's name and mailing address

Bill Williams Tire Center

PO Box 1772
Midland, TX 79702

Date or dates debt was incurred _____
Last 4 digits of account number _____

As of the petition filing date, the claim is:
*Check all that apply.*
- Contingent
- Unliquidated
- Disputed
- Liquidated and neither contingent nor disputed

Basis for the claim:  **Supplier**

Is the claim subject to offset?
X ☐ No
☐ Yes

$ 2,092.41

---

**3.15** Nonpriority creditor's name and mailing address

Bishop Lifting Products, Inc.

3346 Kermit Hwy
Odessa, TX 79764

Date or dates debt was incurred _____
Last 4 digits of account number _____

As of the petition filing date, the claim is:
*Check all that apply.*
- Contingent
- Unliquidated
- Disputed
- Liquidated and neither contingent nor disputed

Basis for the claim:  **Supplier**

Is the claim subject to offset?
X ☐ No
☐ Yes

$ 142.47

---

**3.16** Nonpriority creditor's name and mailing address

C & S Diesel Service LLC

13851 Loyola Avenue
Gardendale, TX 79758

Date or dates debt was incurred _____
Last 4 digits of account number _____

As of the petition filing date, the claim is:
*Check all that apply.*
- Contingent
- Unliquidated
- Disputed
- Liquidated and neither contingent nor disputed

Basis for the claim:  **Services**

Is the claim subject to offset?
X ☐ No
☐ Yes

$ 11,091.52

---

Debtor  Animas Well Services, LLC                                    Case number    15-70162-RBK

| Part 2: | Additional Page | Amount of claim |
|---|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page

**3.17** Nonpriority creditor's name and mailing address

Cetex USA, Inc.

1721 West Culver St
Phoenix, AZ 85007

Date or dates debt was incurred _____
Last 4 digits of account number _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:   Services
Is the claim subject to offset?
☒ No
☐ Yes

$  4,961.45

**3.18** Nonpriority creditor's name and mailing address

Chaparral Bolt & Supply

PO Box 8818
Midland, TX 79708

Date or dates debt was incurred _____
Last 4 digits of account number _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:   Supplier
Is the claim subject to offset?
☒ No
☐ Yes

$  2,055.50

**3.19** Nonpriority creditor's name and mailing address

Cherokee Rental, Inc.

P. O. Box 13524
Odessa, TX 79768

Date or dates debt was incurred _____
Last 4 digits of account number _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:   Supplier
Is the claim subject to offset?
☒ No
☐ Yes

$  1,290.00

**3.20** Nonpriority creditor's name and mailing address

Cheyenne Tire Company

PO Box 13975
Odessa, TX 79768

Date or dates debt was incurred _____
Last 4 digits of account number _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:   Supplier
Is the claim subject to offset?
☒ No
☐ Yes

$  6,170.75

**3.21** Nonpriority creditor's name and mailing address

Cimarron Energy Partners, LLC

PO Box 1814
Midland, TX 79702

Date or dates debt was incurred _____
Last 4 digits of account number _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:   Services
Is the claim subject to offset?
☒ No
☐ Yes

$  30,974.46

Schedule E/F: Creditors Who Have Unsecured Claims                Page _4_ of _19_

Debtor **Animas Well Services, LLC**

Case number **15-70162-RBK**

| Part 2: | Additional Page | | Amount of claim |
|---|---|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page

**3.22** Nonpriority creditor's name and mailing address

**Cintas Corporation # 440**

PO Box 650838
Dallas, TX 75265

Date or dates debt was incurred _____
Last 4 digits of account number _____

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: **Uniform services**

Is the claim subject to offset?
☒ No
☐ Yes

$ 4,583.48

---

**3.23** Nonpriority creditor's name and mailing address

**Cotton, Bledsoe, Tighe & Dawson**

P. O. Box 2776
Midland, TX 79702

Date or dates debt was incurred _____
Last 4 digits of account number _____

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: **Legal services**

Is the claim subject to offset?
☒ No
☐ Yes

$ 8,715.00

---

**3.24** Nonpriority creditor's name and mailing address

**Danny's Automotive**

1904 W Front
Midland, TX 79701

Date or dates debt was incurred _____
Last 4 digits of account number _____

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: **Services**

Is the claim subject to offset?
☒ No
☐ Yes

$ 11,398.10

---

**3.25** Nonpriority creditor's name and mailing address

**DE Business Solutions**

1031 Andrews Hwy #304
Midland, TX 79701

Date or dates debt was incurred _____
Last 4 digits of account number _____

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: **Accounting services**

Is the claim subject to offset?
☒ No
☐ Yes

$ 213.75

---

**3.26** Nonpriority creditor's name and mailing address

**Diamond Fleet Parts, Inc.**

1925 W. 2nd
Odessa, TX 79763

Date or dates debt was incurred _____
Last 4 digits of account number _____

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: **Supplier**

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,166.93

---

Schedule E/F: Creditors Who Have Unsecured Claims

Debtor  Animas Well Services, LLC                     Case number   15-70162-RBK

| Part 2: | Additional Page | Amount of claim |
|---|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page

---

**3.27** Nonpriority creditor's name and mailing address

DNOW, LP

P. O. Box 200822

Dallas, TX 75320

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

As of the petition filing date, the claim is:    $  1,028.05

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim:  _____

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.28** Nonpriority creditor's name and mailing address

Double H Brands, Ltd.

6502 N CR

West Odessa, TX 79764

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

As of the petition filing date, the claim is:    $  19,975.31

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim:  _____

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.29** Nonpriority creditor's name and mailing address

E & E Service Supply, Inc.

PO Box 70408

Odessa, TX 79769

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

As of the petition filing date, the claim is:    $ 110,507.50

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Supplier

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.30** Nonpriority creditor's name and mailing address

EnerSafe, Inc.

1212 Antoine Drive

Houston, TX 77055

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

As of the petition filing date, the claim is:    $  1,236.14

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim:  _____

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.31** Nonpriority creditor's name and mailing address

Espinoza Services, Inc.

PO Box 1521

Denver City, TX 79323

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

As of the petition filing date, the claim is:    $  1,765.00

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Services

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

Schedule E/F: Creditors Who Have Unsecured Claims                 Page _6_ of _19_

Debtor  **Animas Well Services, LLC**                Case number  **15-70162-RBK**

| Part 2: | Additional Page | Amount of claim |
|---|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page

---

**3.32** Nonpriority creditor's name and mailing address

**FBM Trading Co., LLC**

932 S Ayers Ave
Ft Worth, TX 76103

Date or dates debt was incurred _____
Last 4 digits of account number _____

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:     **Supplier**

Is the claim subject to offset?
**X ☐ No**
☐ Yes

$  8,012.88

---

**3.33** Nonpriority creditor's name and mailing address

**G & M Supply, Inc.**

P. O. Box 13636
Odessa, TX 79768

Date or dates debt was incurred _____
Last 4 digits of account number _____

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:     **Supplier**

Is the claim subject to offset?
**X ☐ No**
☐ Yes

$  9,273.91

---

**3.34** Nonpriority creditor's name and mailing address

**Gonzales Welding & Machine**

PO Box 1141
Hobbs, NM 88241

Date or dates debt was incurred _____
Last 4 digits of account number _____

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:     **Supplier**

Is the claim subject to offset?
**X ☐ No**
☐ Yes

$  12,878.45

---

**3.35** Nonpriority creditor's name and mailing address

**Good-Tex, LLC**

PO Box 464
Odessa, TX 79760

Date or dates debt was incurred _____
Last 4 digits of account number _____

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:     **Supplier**

Is the claim subject to offset?
**X ☐ No**
☐ Yes

$  9,322.58

---

**3.36** Nonpriority creditor's name and mailing address

**Gordon Brothers Supply, Inc.**

PO Box 355
Stroud, OK 74079

Date or dates debt was incurred _____
Last 4 digits of account number _____

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:     **Supplier**

Is the claim subject to offset?
**X ☐ No**
☐ Yes

$  18,307.98

---

Schedule E/F: Creditors Who Have Unsecured Claims            Page _7_ of _19_

Debtor   **Animas Well Services, LLC**                                    Case number   **15-70162-RBK**

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page

Amount of claim

**3.37** Nonpriority creditor's name and mailing address

**Horizon Cable Service, Inc.**

PO Box 270895

**Oklahoma City, OK 73127**

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:   **Services**
Is the claim subject to offset?
**X** ☐ **No**
☐Yes

$   3,210.52

---

**3.38** Nonpriority creditor's name and mailing address

**Hotsy Equipment Co.**

10205 N Walton Walker Blvd.

**Dallas, TX 75220**

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:   **Supplier**
Is the claim subject to offset?
**X** ☐ **No**
☐Yes

$     967.16

---

**3.39** Nonpriority creditor's name and mailing address

**Hydradyne, LLC**

PO Box 974799

**Dallas, TX 75397**

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:
Is the claim subject to offset?
**X** ☐ **No**
☐Yes

$   1,166.11

---

**3.40** Nonpriority creditor's name and mailing address

**Hydraulic Sales & Services, Inc.**

PO Box 1548

**Odessa, TX 79760**

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:   **Supplier**
Is the claim subject to offset?
**X** ☐ **No**
☐Yes

$  10,676.22

---

**3.41** Nonpriority creditor's name and mailing address

**Integrity Diesel Services, LLC**

PO Box 14888

**Odessa, TX 79768**

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
**X** ☐ **Disputed**
☐ Liquidated and neither contingent nor disputed

Basis for the claim:   **Services**
Is the claim subject to offset?
**X** ☐ **No**
☐Yes

$  55,862.11

---

Schedule E/F: Creditors Who Have Unsecured Claims                    Page _8_ of _19_

Debtor  Animas Well Services, LLC

Case number  15-70162-RBK

| Part 2: | Additional Page | | Amount of claim |
|---|---|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page

**3.42** Nonpriority creditor's name and mailing address

ISN Software Corporation

P. O. Box 841808

Dallas, TX 75284

Date or dates debt was incurred _____
Last 4 digits of account number _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____
Is the claim subject to offset?
☒ No
☐ Yes

$ 29.99

**3.43** Nonpriority creditor's name and mailing address

J Ray's Rentals

3602 Sinclair Avenue
Midland, Texas  79707

Date or dates debt was incurred _____
Last 4 digits of account number _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Supplier
Is the claim subject to offset?
☒ No
☐ Yes

$ 850.00

**3.44** Nonpriority creditor's name and mailing address

J & J Steel Company

PO Box 1886
Odessa, TX 79760

Date or dates debt was incurred _____
Last 4 digits of account number _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Supplier
Is the claim subject to offset?
☒ No
☐ Yes

$ 3,201.88

**3.45** Nonpriority creditor's name and mailing address

Janet Hernandez

1513 S Mineloa
Midland, TX 79701

Date or dates debt was incurred _____
Last 4 digits of account number _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____
Is the claim subject to offset?
☒ No
☐ Yes

$ 1,700.00

**3.46** Nonpriority creditor's name and mailing address

JAS Trucking

3819 S Einstein Ave
Odessa, TX 79766

Date or dates debt was incurred _____
Last 4 digits of account number _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____
Is the claim subject to offset?
☒ No
☐ Yes

$ 2,028.00

Schedule E/F: Creditors Who Have Unsecured Claims

Page _9_ of _19_

Debtor  **Animas Well Services, LLC**　　　　　　　Case number  **15-70162-RBK**

| Part 2: | Additional Page | Amount of claim |
|---|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page

**3.47** Nonpriority creditor's name and mailing address

Jet Specialty, Inc.

PO Box 678286
Dallas, TX 75267

Date or dates debt was incurred　＿＿＿＿＿＿
Last 4 digits of account number　＿＿＿＿＿＿

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:　**Services**

Is the claim subject to offset?

☒ ☐ **No**
☐ Yes

$　646.03

---

**3.48** Nonpriority creditor's name and mailing address

Joe Luis Rig Mechanic

8040 Wagonwheel
Odessa, TX 79763

Date or dates debt was incurred　＿＿＿＿＿＿
Last 4 digits of account number　＿＿＿＿＿＿

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:　**Supplies**

Is the claim subject to offset?

☒ ☐ **No**
☐ Yes

$　11,148.00

---

**3.49** Nonpriority creditor's name and mailing address

K. D. M. Hot Oil Service, Inc.

PO Box 3044
Midland, TX 79702

Date or dates debt was incurred　＿＿＿＿＿＿
Last 4 digits of account number　＿＿＿＿＿＿

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:　**Services**

Is the claim subject to offset?

☒ ☐ **No**
☐ Yes

$　1,281.00

---

**3.50** Nonpriority creditor's name and mailing address

Kelly, Morgan, Dennis, Cirzine & Hensen

PO Box 1311
Odessa, TX 79760

Date or dates debt was incurred　＿＿＿＿＿＿
Last 4 digits of account number　＿＿＿＿＿＿

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:　**Services**

Is the claim subject to offset?

☒ ☐ **No**
☐ Yes

$　4,200.00

---

**3.51** Nonpriority creditor's name and mailing address

Lou's Clinical Lab, Inc.

P. O. Box 394
Odessa, TX 79760

Date or dates debt was incurred　＿＿＿＿＿＿
Last 4 digits of account number　＿＿＿＿＿＿

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:　**Services**

Is the claim subject to offset?

☒ ☐ **No**
☐ Yes

$　2,060.00

---

Schedule E/F: Creditors Who Have Unsecured Claims　　　　　Page _10_ of _19_

Debtor  **Animas Well Services, LLC**          Case number   **15-70162-RBK**

| Part 2: | Additional Page | Amount of claim |
| --- | --- | --- |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page

**3.52** Nonpriority creditor's name and mailing address

**Martins Fishing Tools and Rentals**

PO Box 307
Andrews, TX 79714

Date or dates debt was incurred _____
Last 4 digits of account number _____

As of the petition filing date, the claim is:

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:    **Supplier**

Is the claim subject to offset?

**X** ☐ No
☐ Yes

$   235.00

---

**3.53** Nonpriority creditor's name and mailing address

**Martins Gas Testers and Rentals**

PO Box 307
Andrews, TX 79714

Date or dates debt was incurred _____
Last 4 digits of account number _____

As of the petition filing date, the claim is:

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:    **Supplier**

Is the claim subject to offset?

**X** ☐ No
☐ Yes

$   875.00

---

**3.54** Nonpriority creditor's name and mailing address

**Midland Battery**

PO Bix 862
Midland, TX 79702

Date or dates debt was incurred _____
Last 4 digits of account number _____

As of the petition filing date, the claim is:

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:    **Supplier**

Is the claim subject to offset?

**X** ☐ No
☐ Yes

$   3,204.44

---

**3.55** Nonpriority creditor's name and mailing address

**Midland Memorial Hospital**

2220 W. Illinois Avenue
Midland, TX 79701

Date or dates debt was incurred _____
Last 4 digits of account number _____

As of the petition filing date, the claim is:

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:    **Services**

Is the claim subject to offset?

**X** ☐ No
☐ Yes

$   3,217.62

---

**3.56** Nonpriority creditor's name and mailing address

**Mulato & Mundo Services, LLC**

2467 N Polaris Avenue
Odessa, TX 79763

Date or dates debt was incurred _____
Last 4 digits of account number _____

As of the petition filing date, the claim is:

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:    **Lease**

Is the claim subject to offset?

**X** ☐ No
☐ Yes

$   14,000.00

---

Schedule E/F: Creditors Who Have Unsecured Claims          Page _11_ of _19_

Debtor  Animas Well Services, LLC     Case number  15-70162-RBK

| Part 2: | Additional Page | Amount of claim |
|---|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page

**3.57** Nonpriority creditor's name and mailing address
**Mustang Safety Service**

7098 SW 7th Place
Andrews, TX 79714

Date or dates debt was incurred _____
Last 4 digits of account number _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed
Basis for the claim:  Service
Is the claim subject to offset?
**X** ☐ No
☐ Yes

$ 3,441.75

**3.58** Nonpriority creditor's name and mailing address
**My Boot Store**

2153 50th St
Lubbock, TX 79412

Date or dates debt was incurred _____
Last 4 digits of account number _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed
Basis for the claim:  Supplier
Is the claim subject to offset?
**X** ☐ No
☐ Yes

$ 2,397.77

**3.59** Nonpriority creditor's name and mailing address
**National Oil Varco**

PO Box 206004
Dallas, TX 75320

Date or dates debt was incurred _____
Last 4 digits of account number _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed
Basis for the claim:  Service
Is the claim subject to offset?
**X** ☐ No
☐ Yes

$ 1,160.46

**3.60** Nonpriority creditor's name and mailing address
**Nova Healthcare, PA**

PO Box 840066
Dallas, TX 75284

Date or dates debt was incurred _____
Last 4 digits of account number _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed
Basis for the claim:  Services
Is the claim subject to offset?
**X** ☐ No
☐ Yes

$ 707.35

**3.61** Nonpriority creditor's name and mailing address
**Pete's Weight Indicators, Inc.**

2423 W. Hillmont Rd.
Odessa, TX 79764

Date or dates debt was incurred _____
Last 4 digits of account number _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed
Basis for the claim: _____
Is the claim subject to offset?
**X** ☐ No
☐ Yes

$ 4,460.08

Schedule E/F: Creditors Who Have Unsecured Claims     Page _12_ of _19_

Debtor  **Animas Well Services, LLC**     Case number  **15-70162-RBK**

| Part 2: | Additional Page | | Amount of claim |
|---|---|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page

| 3.62 Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | |
|---|---|---|
| **Pikes Peak Energy Services, LLC** | Check all that apply. | $  9.75 |
| | ☐ Contingent | |
| **PO Box 250** | ☐ Unliquidated | |
| **Ozona, TX 76943** | ☐ Disputed | |
| | ☐ Liquidated and neither contingent nor disputed | |
| Date or dates debt was incurred _____ | Basis for the claim:  **Services** | |
| Last 4 digits of account number _____ | Is the claim subject to offset? | |
| | **X** ☐ **No** | |
| | ☐ Yes | |

| 3.63 Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | |
|---|---|---|
| **Pinnacle Propane** | Check all that apply. | $  2,329.93 |
| | ☐ Contingent | |
| **1612 Garden City Hwy** | ☐ Unliquidated | |
| **Midland, TX 79701** | ☐ Disputed | |
| | ☐ Liquidated and neither contingent nor disputed | |
| Date or dates debt was incurred _____ | Basis for the claim:  **Supplier** | |
| Last 4 digits of account number _____ | Is the claim subject to offset? | |
| | **X** ☐ **No** | |
| | ☐ Yes | |

| 3.64 Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | |
|---|---|---|
| **Precision Pump & Comp, Inc.** | Check all that apply. | $  8,677.93 |
| | ☐ Contingent | |
| **PO Box 12990** | ☐ Unliquidated | |
| **Odessa, TX 79768** | ☐ Disputed | |
| | ☐ Liquidated and neither contingent nor disputed | |
| Date or dates debt was incurred _____ | Basis for the claim:  **Supplier** | |
| Last 4 digits of account number _____ | Is the claim subject to offset? | |
| | **X** ☐ **No** | |
| | ☐ Yes | |

| 3.65 Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | |
|---|---|---|
| **Premium Rig Sales** | Check all that apply. | $  6,066.02 |
| | ☐ Contingent | |
| **3621 Gillespie Lane** | ☐ Unliquidated | |
| **Odessa, TX 79765** | ☐ Disputed | |
| | ☐ Liquidated and neither contingent nor disputed | |
| Date or dates debt was incurred _____ | Basis for the claim:  **Services** | |
| Last 4 digits of account number _____ | Is the claim subject to offset? | |
| | **X** ☐ **No** | |
| | ☐ Yes | |

| 3.66 Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | |
|---|---|---|
| **Pro-P Services** | Check all that apply. | $  11,564.00 |
| | ☐ Contingent | |
| **PO Box 69171** | ☐ Unliquidated | |
| **Odessa, TX 79765** | ☐ Disputed | |
| | ☐ Liquidated and neither contingent nor disputed | |
| Date or dates debt was incurred _____ | Basis for the claim:  **Services** | |
| Last 4 digits of account number _____ | Is the claim subject to offset? | |
| | **X** ☐ **No** | |
| | ☐ Yes | |

Schedule E/F: Creditors Who Have Unsecured Claims        Page _13_ of _19_

Debtor   **Animas Well Services, LLC**                          Case number   15-70162-RBK

| **Part 2:** | **Additional Page** | | Amount of claim |
|---|---|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page

---

**3.67** Nonpriority creditor's name and mailing address

**Qualified Printers**

2803 N Big Spring
Midland, TX 79705

Date or dates debt was incurred _____
Last 4 digits of account number _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:   Services

Is the claim subject to offset?
X☐ No
☐ Yes

$ 3,230.40

---

**3.68** Nonpriority creditor's name and mailing address

**Rapid Oil Change**

1011 Andrews Highway
Midland, TX 79701

Date or dates debt was incurred _____
Last 4 digits of account number _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:   Services

Is the claim subject to offset?
X☐ No
☐ Yes

$ 12,106.60

---

**3.69** Nonpriority creditor's name and mailing address

**Red Wing Shoes**

412 Andrews Hwy
Midland, TX 79701

Date or dates debt was incurred _____
Last 4 digits of account number _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:   Supplier

Is the claim subject to offset?
X☐ No
☐ Yes

$ 4,549.79

---

**3.70** Nonpriority creditor's name and mailing address

**Rock Tool Company**

P. O. Box 1906
Odessa, TX 79760

Date or dates debt was incurred _____
Last 4 digits of account number _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:   Supplier

Is the claim subject to offset?
X☐ No
☐ Yes

$ 5,177.00

---

**3.71** Nonpriority creditor's name and mailing address

**Rogers Ford**

PO Box 4577
Midland, TX 79704

Date or dates debt was incurred _____
Last 4 digits of account number _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:   Services

Is the claim subject to offset?
X☐ No
☐ Yes

$ 5,907.38

---

Debtor   **Animas Well Services, LLC**                    Case number   **15-70162-RBK**

| **Part 2:** | **Additional Page** | Amount of claim |
|---|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page

**3.72** Nonpriority creditor's name and mailing address

Rolltex, Inc.

PO Box 2615
Midland, TX 79702

Date or dates debt was incurred _____
Last 4 digits of account number _____

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____
Is the claim subject to offset?
**X** ☐ **No**
☐ Yes

$ 840.02

**3.73** Nonpriority creditor's name and mailing address

Rose Equipment Company

PO Box 1060
Levelland, TX 79336

Date or dates debt was incurred _____
Last 4 digits of account number _____

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:   Supplier
Is the claim subject to offset?
**X** ☐ **No**
☐ Yes

$ 487.13

**3.74** Nonpriority creditor's name and mailing address

Sewell Ford, Inc.

P. O. Box 3432
Odessa, TX 79760

Date or dates debt was incurred _____
Last 4 digits of account number _____

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
**X** ☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:   Services
Is the claim subject to offset?
**X** ☐ **No**
☐ Yes

$ 1,449.96

**3.75** Nonpriority creditor's name and mailing address

Shafer, Davis, O'Leary & Stoker, Inc.

PO Box 1552
Odessa, TX 79760

Date or dates debt was incurred _____
Last 4 digits of account number _____

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:   Legal
Is the claim subject to offset?
**X** ☐ **No**
☐ Yes

$ 2,961.80

**3.76** Nonpriority creditor's name and mailing address

Slingshot

5381 W 42nd Street
Odessa, TX 79763

Date or dates debt was incurred _____
Last 4 digits of account number _____

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:   Services
Is the claim subject to offset?
**X** ☐ **No**
☐ Yes

$ 522.00

Schedule E/F: Creditors Who Have Unsecured Claims                    Page _15_ of _19_

Debtor  __Animas Well Services, LLC__                    Case number  __15-70162-RBK__

| Part 2: | Additional Page | Amount of claim |
|---|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page

**3.77** Nonpriority creditor's name and mailing address

**Slip Service Company**

P. O. Box 768
Odessa, TX 79760

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:   **Services**
Is the claim subject to offset?
**X** ☐ **No**
☐ Yes

$  6,575.50

**3.78** Nonpriority creditor's name and mailing address

**SOA Pump & Supply, Inc.**

PO Box 69806
Odessa, TX 79769

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:   **Supplier**
Is the claim subject to offset?
**X** ☐ **No**
☐ Yes

$  68.01

**3.79** Nonpriority creditor's name and mailing address

**S R H Tools**

1104 N CR 1090
Midland, TX 79706

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:   **Supplier**
Is the claim subject to offset?
**X** ☐ **No**
☐ Yes

$  13,402.00

**3.80** Nonpriority creditor's name and mailing address

**The Paint and Safety Store**

201 S Benton
Big Spring, TX 79720

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:   **Supplier**
Is the claim subject to offset?
**X** ☐ **No**
☐ Yes

$  21,911.79

**3.81** Nonpriority creditor's name and mailing address

**TIER Services, LLC**

POO Box 3501
Midland, TX 79702

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:   **Services**
Is the claim subject to offset?
**X** ☐ **No**
☐ Yes

$  121.30

Schedule E/F: Creditors Who Have Unsecured Claims                    Page _16_ of _19_

Debtor   Animas Well Services, LLC                                    Case number   15-70162-RBK

| **Part 2:** | **Additional Page** | | Amount of claim |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page | | | |

**3.82** Nonpriority creditor's name and mailing address

Tino's Machining

809 W . Yukon
Odessa, TX 78764

Date or dates debt was incurred _____
Last 4 digits of account number _____

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:   Supplier

Is the claim subject to offset?
X ☐ No
☐ Yes

$ 6,829.30

---

**3.83** Nonpriority creditor's name and mailing address

TMP Truck & Trailer

PO Box 10366
Midland, TX 79702

Date or dates debt was incurred _____
Last 4 digits of account number _____

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:   Supplier

Is the claim subject to offset?
X ☐ No
☐ Yes

$ 1,396.11

---

**3.84** Nonpriority creditor's name and mailing address

Tommy White Supply Company, Inc.

PO Box 1709
Midland, TX 79702

Date or dates debt was incurred _____
Last 4 digits of account number _____

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:   Supplier

Is the claim subject to offset?
X ☐ No
☐ Yes

$ 13,556.80

---

**3.85** Nonpriority creditor's name and mailing address

Toro Spooling Services

3071 N Fremont
Odessa, TX 79764

Date or dates debt was incurred _____
Last 4 digits of account number _____

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:   Services

Is the claim subject to offset?
X ☐ No
☐ Yes

$ 17,365.55

---

**3.86** Nonpriority creditor's name and mailing address

Triple D Rentals Tools, LLC

PO Box 10167
Midland, TX 78702

Date or dates debt was incurred _____
Last 4 digits of account number _____

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:   Supplier

Is the claim subject to offset?
X ☐ No
☐ Yes

$ 11,372.00

---

Schedule E/F: Creditors Who Have Unsecured Claims

Debtor   **Animas Well Services, LLC**                     Case number   **15-70162-RBK**

| **Part 2:** | **Additional Page** | | | Amount of claim |
| --- | --- | --- | --- | --- |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page

**3.87** Nonpriority creditor's name and mailing address

**Trippie "M" Oil Tool, Inc.**

P O Box 13090
**Odessa, TX 79768**

Date or dates debt was incurred _____
Last 4 digits of account number _____

As of the petition filing date, the claim is:
*Check all that apply.*                                $    816.96

☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:    **Supplier**
Is the claim subject to offset?
X ☐ **No**
☐Yes

---

**3.88** Nonpriority creditor's name and mailing address

**Tweety's Tire and Welding**

**1011 S Big Spring St**
**Midland, TX 79701**

Date or dates debt was incurred _____
Last 4 digits of account number _____

As of the petition filing date, the claim is:
*Check all that apply.*                                $    848.74

☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:    **Supplier**
Is the claim subject to offset?
X ☐ **No**
☐Yes

---

**3.89** Nonpriority creditor's name and mailing address

**Urgent Orthopedic Specialists**

**PO Box 674061**
**Dallas, TX 75267**

Date or dates debt was incurred _____
Last 4 digits of account number _____

As of the petition filing date, the claim is:
*Check all that apply.*                                $    5,593.75

☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:    **Services**
Is the claim subject to offset?
X ☐ **No**
☐Yes

---

**3.90** Nonpriority creditor's name and mailing address

**Vista Sales & Services, Inc.**

**P. O. Box 13964**
**Odessa, TX 79768**

Date or dates debt was incurred _____
Last 4 digits of account number _____

As of the petition filing date, the claim is:
*Check all that apply.*                                $    822.20

☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:    **Services**
Is the claim subject to offset?
X ☐ **No**
☐Yes

---

**3.91** Nonpriority creditor's name and mailing address

**West Texas Disposal**

**PO Box 69161**
**Odessa, TX 79769**

Date or dates debt was incurred _____
Last 4 digits of account number _____

As of the petition filing date, the claim is:
*Check all that apply.*                                $    265.38

☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:    **Services**
Is the claim subject to offset?
X ☐ **No**
☐Yes

---

Debtor   Animas Well Services, LLC _____   Case number   15-70162-RBK _____

| Part 2: | Additional Page | Amount of claim |
|---|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page

**3.92** Nonpriority creditor's name and mailing address

Westair -Praxair Distr., Inc.

PO Box 120889, Dept 0889

Dallas, TX 75312

Date or dates debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:   Supplier

Is the claim subject to offset?
**X** ☐ **No**
☐ Yes

$   724.40

---

**3.93** Nonpriority creditor's name and mailing address

Western Repair Service

PO Box 69078

Odessa, TX 79769

Date or dates debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:   Services

Is the claim subject to offset?
**X** ☐ **No**
☐ Yes

$   8,561.50

---

**3.94** Nonpriority creditor's name and mailing address

Wright Express

P, O. Box 6293

Carol Stream, IL 60197

Date or dates debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:   Services

Is the claim subject to offset?
**X** ☐ **No**
☐ Yes

$   25,638.36

---

**3.95** Nonpriority creditor's name and mailing address

Cimarron Energy Partners, LLC

PO Box 1814

Midland, TX 79702

Date or dates debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:   Loan

Is the claim subject to offset?
**X** ☐ **No**
☐ Yes

$ 200,500.00

---

**3.96** Nonpriority creditor's name and mailing address

Cimarron Energy Partners, LLC

PO Box 1814

Midland, TX 79702

Date or dates debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:   Deferred Payments

Is the claim subject to offset?
**X** ☐ **No**
☐ Yes

$ 489,901.00

---

Schedule E/F: Creditors Who Have Unsecured Claims

Page _19_ of _19_

Debtor  Animas Well Services, LLC
Name

Case number (if known) 15-70162-rbk

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 215,823 |
| 5b. **Total claims from Part 2** | 5b. + | $ 1,346,735 |
| 5c. **Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ 1,562,558 * |

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page __ of ___

Debtor    Animas Well Services, LLC
          _____
          Name

Case number (if known) _____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 215,803 |
| 5b. **Total claims from Part 2** | 5b. + | $ 1346735 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ |

**Fill in this information to identify the case:**

Debtor name ___Animas Well Services, LLC___

United States Bankruptcy Court for the: ___Western___ District of ___Texas___
(State)

Case number (If known): ___15-70162-RBK___ Chapter ___11___

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          **12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest: Office Lease, Management fee and contract for admin services. | Cimarron Energy Partners, LLC PO Box 1814 Midland, TX 79702 |
| | State the term remaining: month to month | |
| | List the contract number of any government contract: NA | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest: Lease for certain oil field tooling | CBL Ventures 2919 Commerce Street #343 Dallas, TX 75226 |
| | State the term remaining: May, 2017 | |
| | List the contract number of any government contract: NA | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest: Capital Lease for Rigs | Nations Equipment Finance 101 Merritt Seven Fifth Floor Norwalk, CT 06851 |
| | State the term remaining: December, 2022 | |
| | List the contract number of any government contract: | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest: Ordinary Lease for Rigs | Well Watch, LLC 804 E Cedar Ness City, KS 67560 |
| | State the term remaining: March, 2016 | |
| | List the contract number of any government contract: | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest: Ordinary Lease for Trucks | Cimmaron Energy Partners, LLC PO Box 1814 Midland, TX 79702 |
| | State the term remaining: July, 2017 | |
| | List the contract number of any government contract: | |

Debtor  Animas Well Services, LLC
_____
        Name

Case number (if known) 15-70162-RBK
_____

▮ Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2._**
State what the contract or lease is for and the nature of the debtor's interest: Ordinary Lease for Trucks

State the term remaining: November 2017

List the contract number of any government contract:

Ken Krisa
P. O. Box 1814
Midland, TX 79702

**2._**
State what the contract or lease is for and the nature of the debtor's interest: Ordinary Lease for Equipment / Forklift

State the term remaining: month to month

List the contract number of any government contract:

Permian Machinery Movers, Inc.
P. O. Box 11281
Odessa, TX 79760

**2._**
State what the contract or lease is for and the nature of the debtor's interest: Rig Crew Truck

State the term remaining: month to month

List the contract number of any government contract:

EAN Holdings
4210 S Congress Avenue
Austin, TX 78745

**2._**
State what the contract or lease is for and the nature of the debtor's interest:

State the term remaining:

List the contract number of any government contract:

**2._**
State what the contract or lease is for and the nature of the debtor's interest:

State the term remaining:

List the contract number of any government contract:

**2._**
State what the contract or lease is for and the nature of the debtor's interest:

State the term remaining:

List the contract number of any government contract:

**2._**
State what the contract or lease is for and the nature of the debtor's interest:

State the term remaining:

List the contract number of any government contract:

**Fill in this information to identify the case:**

Debtor name __Animas Well Services, LLC__

United States Bankruptcy Court for the: __Western__ District of __Texas__
(State)

Case number (If known): __15-70162-RBK__

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

---

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.1 | Ken Krisa | P. O. Box 1814 _Street_ <br><br> Midland  TX  78702 _City  State  ZIP Code_ | BaseLine Nations, Commercial State Bank, Hitachi, First Financial, TD Finance | ☑ D <br> ☐ E/F <br> ☑ G |
| 2.2 | Jim Osborne | P. O. Box 1814 _Street_ <br><br> Midland  TX  78702 _City  State  ZIP Code_ | Baseline, Nations, Commerical State Bak, First Financial, TD Finance | ☑ D <br> ☐ E/F <br> ☑ G |
| 2.3 | Paul Osborne | 114 Decker Avenue _Street_ <br><br> Staten Island  NY  10302 _City  State  ZIP Code_ | BaseLine | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.4 | The Family Trust of Owen Living Trust 3/98 Judy Owen, Trustee | 357 Orbit Drive _Street_ <br><br> Lavon  TX  75166 _City  State  ZIP Code_ | BaseLine | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.5 | Arllon Resources, LLC c/o Greg Pac | 1804 Redtail Hawk _Street_ <br><br> Edmond  TX  73003 _City  State  ZIP Code_ | BaseLine | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.6 | | _Street_ <br><br> _City  State  ZIP Code_ | | ☐ D <br> ☐ E/F <br> ☐ G |