UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
JUDY A. ROBBINS
UNITED STATES TRUSTEE
JAMES W. ROSE, JR.
TRIAL ATTORNEY
615 E. HOUSTON, RM. 533
SAN ANTONIO, TX 78205
Telephone: (210) 472-4640
Facsimile: (210) 472-4649

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ANIMAS WELL SERVICES, LLC, | § | CASE NO. 15-70162-RBK |
| | § | CHAPTER 11 |
| DEBTOR IN POSSESSION | § | |

### REPORT OF THE UNITED STATES TRUSTEE OF
### INABILITY TO APPOINT A CREDITORS' COMMITTEE

COMES NOW Judy A. Robbins, the United States Trustee for Region 7 ("UST"), who, by and through the undersigned attorney respectfully reports as follows:

1. The voluntary petition in this case under chapter 11 of the Bankruptcy Code (11 U.S.C. § 1101, et seq.) was filed on 11/24/2015.

2. The United States Trustee is responsible for appointing a committee of creditors holding unsecured claims (Creditors' Committee) pursuant to 11 U.S.C. § 1102(a)(1).

3. The United States Trustee has attempted to solicit creditors interested in serving on the Unsecured Creditors' Committee from the 20 largest unsecured creditors. After excluding governmental units, secured creditors and insiders, the United States Trustee has been unable to solicit sufficient interest in serving on the Committee, in order to appoint a proper Committee.

4. A first meeting of creditors was held pursuant to 11 U.S.C. § 341(a) and upon notice to all creditors. Unsecured creditors appearing at said meeting were insufficient in number to form a unsecured creditors committee.

THEREFORE, the United States Trustee has been unable to appoint an Unsecured Creditors' Committee as contemplated by 11 U.S.C. § 1102.

        Respectfully submitted,

        JUDY A. ROBBINS
        UNITED STATES TRUSTEE
        REGION 7


        By: //s//James W. Rose, Jr.
            James W. Rose, Jr.
            Trial Attorney
            Texas Bar No. 17251900
            615 E. Houston, Rm. 533
            San Antonio, TX 78205
            (210) 472-4640
            (210) 472-4649 Fax


**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing United States Trustee's Report of Inability to Appoint a Creditors' Committee was mailed, first class, postage paid, to those persons listed on the attached matrix and/or by electronic means for all Pacer system participants, on this the 11th day of January, 2016.

        //s//James W. Rose, Jr.
        James W. Rose, Jr.

Internal Revenue Service
Internal Revenue Service
Ogden, UT  84201-0039

Texas State Comptroller
PO Box 149354
Austin, TX  78714-9354

William Krisa
33 Coachlight Dr.
Poughkeepsie, NY  12601


Citibank-CitiBusiness
PO Box 6401
The Lakes, NV  88901-6401

E & E Service & Supply
PO Box 70408
Odessa, TX  79769

Integrity Diesel Services, LLC
PO Box 14888
Odessa, TX  79768


Dragon Rig Sales and Service Ltd.
PO Box 3127
Beaumont, TX  77704

Carter Tool Co.
PO Box 3388
Odessa, TX  79760

The Paint and Safety Store, Inc.
201 S. Benton
Big Springs, TX  79720


Double H Bands, Ltd.
6502 N. CR
West Odessa, TX  79764

Wright Express
PO Box 6293
Carol Stream, IL  60197

Gordon Brothers Supply, Inc.
PO Box 355
Stroud, OK  74079


ACTS
PO Drawer 7769
Odessa, TX  79760

Mulato & Mundo Services, LLC
2467 N. Polaris Ave.
Odessa, TX  79763

Tommy White Supply Company, Inc.
PO Box 1709
Midland, TX  79702


SRH Tools, LLC
1104 N CR 1090
Midland, TX  79706

Gonzales Welding & Machine
PO Box 1141
Hobbs, NM  88241

Toro Spooling Services
3071 N Fremont
Odessa, TX  79764


Rapid Oil Change
1101 Andrews Hwy
Midland, TX  79701

Pro-P Services
PO Box 69171
Odessa, TX  79769

Animas Well Services, LLC
306 W. Wall St., Ste. 550
Midland, TX  79701


Johnathan L. Howell
Glast, Phillips & Murray, PC
14801 Quorum Dr., Ste. 500
Dallas, TX  75254