**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO. 15-70162-rbk** |
| **ANIMAS WELL SERVICES, LLC,** | § | |
| | § | |
| **DEBTOR.** | § | **CHAPTER 11** |

**UNITED STATES OF AMERICA'S**
**MOTION TO APPROVE AND PAY IRS ADMINISTRATIVE TAX CLAIM**

THIS PLEADING REQUESTS RELIEF THAT MAY BE ADVERSE TO YOUR INTERESTS.

IF NO TIMELY RESPONSE IS FILED WITHIN TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE, NO HEARING WILL BE HELD AND THE RELIEF REQUESTED IN THE MOTION WILL BE GRANTED PRIOR TO THE DATE SET FORTH FOR HEARING. A TIMELY FILED RESPONSE IS NECESSARY FOR A HEARING TO BE HELD.

Comes now the United States of America, on behalf of the Internal Revenue Service ("IRS"), a creditor herein, and files its motion to approve and pay IRS administrative tax claim. In support of this motion, the United States of America would show the following:

1.      The Debtor filed its bankruptcy petition under Chapter 11 on November 24, 2015.

2.      The Debtor has accrued post-petition liability on Form 941 for the 2nd quarter of 2016 in the total amount of $84,435.11.

3.      On January 14, 2016, and September 19, 2016, Attorneys for Debtor filed applications for allowance of attorneys' fees and expenses. On February 23, 2016, and October 11, 2016, the Court issued orders allowing and approving attorneys' fees.

4.      The United States of America requests the Court allow and approve the post-petition administrative debt in the amount of $84,435.11, and order the Debtor to pay the debt within 10 days of the Court's order.

Respectfully submitted,

RICHARD L. DURBIN, JR.
UNITED STATES ATTORNEY

By:

   /s/  Steven B. Bass
STEVEN B. BASS
Assistant United States Attorney
816 Congress Avenue, Suite 1000
Austin, Texas 78701
(512) 916-5858/Fax (512) 916-5854
Florida State Bar No. 767300

Counsel for the United States of America

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing "United States of America's Motion to Approve and Pay IRS Administrative Tax Claim" has been mailed either by the Courts enabled electronic mailing or by First Class Mail on this the 29th day of November 2016, to the following:

Animas Well Services, LLC
306 W. Wall Street, Suite 550
Midland, TX 79701

Jonathan L. Howell
Glast, Phillips & Murray, PC
14801 Quorum Dr. Ste. 500
Dallas, TX 75254
Via courts electronic notification at jhowell@gpm-law.com

James W. Rose, Jr.
U.S. Trustee
615 E. Houston, Rm 533
P.O. Box 1539
San Antonio, TX 78295

   /s/  Steven B. Bass
STEVEN B. BASS
Assistant United States Attorney