**MOR-1**

UNITED STATES BANKRUPTCY COURT

| | |
|---|---|
| CASE NAME: | Animas Well Services, LLC |
| CASE NUMBER: | 15-70162-rbk-11 |
| PROPOSED PLAN DATE: | |

| | |
|---|---|
| PETITION DATE: | 11/24/15 |
| DISTRICT OF TEXAS: | Western |
| DIVISION: | Midland |

## MONTHLY OPERATING REPORT SUMMARY FOR MONTH October YEAR 2016

| MONTH | 11/24-11/30 | Dec-15 | Jan-16 | Feb-16 | Mar-16 | Apr-16 | May-16 | Jun-16 | Jul-16 | Aug-16 | Sep-16 | Oct-16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | 20,472.11 | 177,877.00 | 220,338.51 | 203,590.00 | 234,687.00 | 196,935.40 | 155,460.00 | 152,766.09 | 197,097.50 | 172,440.49 | 0.00 | 0.00 |
| INCOME BEFORE INT; DEPREC./TAX (MOR-6) | 9,562.43 | -54,566.89 | -32,097.40 | 465.02 | 6,933.82 | -32,648.22 | 989.67 | -16,261.66 | -30,045.17 | 23,410.36 | -25,975.20 | -5,694.16 |
| NET INCOME (LOSS) (MOR-6) | 9,502.52 | -70,747.82 | -52,776.64 | 5,259.07 | 6,525.32 | -33,041.05 | 594.28 | -16,649.65 | -30,431.35 | 23,009.05 | -27,257.47 | -7,064.98 |
| PAYMENTS TO INSIDERS (MOR-9) | 0.00 | 5,461.54 | 2,730.77 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 0.00 | 0.00 | 0.00 | 0.00 | 6,000.00 | 11,721.51 | 9,500.00 | 9,000.00 | 1,000.00 | 0.00 | 15,837.50 | 0.00 |
| TOTAL DISBURSEMENTS (MOR-8) | 24,979.99 | 263,943.36 | 173,258.66 | 264,330.71 | 329,940.40 | 238,986.05 | 220,762.07 | 216,984.37 | 159,695.27 | 1,015,821.69 | 97,055.40 | 16,127.48 |

***The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee***

| REQUIRED INSURANCE MAINTAINED AS OF SIGNATURE DATE | | | EXP. DATE |
|---|---|---|---|
| CASUALTY | ☐ YES | ☑ NO | 08/26/16 |
| LIABILITY | ☐ YES | ☑ NO | 08/26/16 |
| VEHICLE | ☐ YES | ☑ NO | 08/26/16 |
| WORKER'S | ☐ YES | ☑ NO | 08/26/16 |
| OTHER (D&O) | ☐ YES | ☑ NO | 08/26/16 |

| | CHECK ONE | |
|---|---|---|
| Are all accounts receivable being collected within terms? | ☑ Yes | ☐ No |
| Are all post-petition liabilities, including taxes, being paid within terms? | ☐ Yes | ☑ No |
| Have all tax returns and other required government filings been timely paid? | ☐ Yes | ☑ No |
| Have any pre-petition liabilities been paid? | ☑ Yes | ☐ No |
| If so, describe  Approved critical vendors. | | |
| Are all funds received being deposited into Debtor in Possession bank accounts? | ☑ Yes | ☐ No |
| Were any assets disposed of outside the normal course of business? | ☐ Yes | ☑ No |
| If so, describe | | |
| Are all U.S. Trustee Quarterly Fee Payments current? | ☑ Yes | ☐ No |

What is the status of your Plan of Reorganization  The Debtor Sold nearly all of its assets on 8/23/16, is non-operational and in the process of collecting receivables, deposits, and insurance refunds.

| | |
|---|---|
| ATTORNEY NAME: | Jonathan L. Howell |
| FIRM NAME: | Glast, Phillips & Murray, P.C. |
| ADDRESS: | 14801 Quorum Drive, Suite 500 |
| CITY, STATE, ZIP: | Dallas, TX 75254 |
| TELEPHONE/FAX: | 972-419-8300 / 972-419-8329 |
| | jhowell@gpm-law.com |

INITIALS _____
DATE _____
UST USE ONLY

I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct.

SIGNED _[signature]_ TITLE: PRESIDENT
(ORIGINAL SIGNATURE)
KENNETH CRREA   11-28-16
(PRINT NAME OF SIGNATORY)   DATE   Revised 11/08/05

MOR-1

CASE NAME: Animas Well Services, LLC
CASE NUMBER: 15-70162-rbk-11

## COMPARATIVE BALANCE SHEETS

| ASSETS | FILING DATE* 11/24/15 | MONTH Nov-15 | MONTH Dec-15 | MONTH Jan-16 | MONTH Feb-16 | MONTH Mar-16 | MONTH Apr-16 | MONTH May-16 | MONTH Jun-16 | MONTH Jul-16 | MONTH Aug-16 | MONTH Sep-16 | MONTH Oct-16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CURRENT ASSETS | | | | | | | | | | | | | |
| Cash | 8,748.37 | 60,621.93 | 68,273.96 | 23,861.43 | 53,795.43 | 37,232.05 | 35,397.14 | 25,751.33 | 4,205.44 | 26,157.21 | 3,343.63 | 117,606.34 | 109,696.88 |
| Accounts Receivable, Net | 513,506.00 | 535,007.89 | 443,864.08 | 520,449.49 | 480,584.61 | 419,186.67 | 397,167.84 | 361,807.31 | 349,280.70 | 378,741.20 | 360,902.86 | 155,813.54 | 147,595.52 |
| Inventory: Lower of Cost or Market | | | | | | | | | | | | | |
| Prepaid Expenses | 58,136.08 | 65,044.07 | 72,118.35 | 72,546.81 | 72,546.81 | 72,546.81 | 67,512.82 | 67,512.82 | 67,212.82 | 67,612.82 | 68,412.82 | 68,412.82 | 68,412.82 |
| Investments | | | | | | | | | | | 0.00 | 0.00 | 0.00 |
| Other | 152,945.92 | 150,898.25 | 150,648.25 | 150,735.57 | 150,735.57 | 150,735.57 | 150,735.57 | 150,735.57 | 150,735.57 | 150,735.57 | 150,735.57 | 150,735.57 | 150,735.57 |
| TOTAL CURRENT ASSETS | 733,336.37 | 811,572.14 | 734,904.64 | 767,593.30 | 757,662.42 | 679,701.10 | 650,813.37 | 605,807.03 | 571,434.53 | 623,246.80 | 583,394.88 | 492,568.27 | 476,440.79 |
| PROPERTY, PLANT & EQUIP. @ COST | 2,768,000.00 | 2,768,000.00 | 2,768,000.00 | 2,768,000.00 | 2,768,000.00 | 2,768,000.00 | 2,768,000.00 | 2,768,001.00 | 2,768,002.00 | 2,768,003.00 | 64,010.26 | 31,409.30 | 31,409.30 |
| Less Accumulated Depreciation | 0.00 | 0.00 | 0.00 | | | | | | | | | | |
| NET BOOK VALUE OF PP & E | 2,768,000.00 | 2,768,000.00 | 2,768,000.00 | 2,768,000.00 | 2,768,000.00 | 2,768,000.00 | 2,768,000.00 | 2,768,001.00 | 2,768,002.00 | 2,768,003.00 | 64,010.26 | 31,409.30 | 31,409.30 |
| OTHER ASSETS | | | | | | | | | | | | | |
| 1. Tax Deposits | | | | | | | | | | | | | |
| 2. Investments in Subsidiaries | | | | | | | | | | | | | |
| 3. Electric Deposit | | | | | | | | | | | | | |
| 4. Other Assets | 0.00 | 0.00 | 0.00 | | | | | | | | | | |
| TOTAL ASSETS | $3,501,336.37 | $3,579,572.14 | $3,502,904.64 | $3,535,593.30 | $3,525,662.42 | $3,447,701.10 | $3,418,813.37 | $3,373,808.03 | $3,339,436.53 | $3,391,249.80 | $647,405.14 | $523,977.57 | $507,850.09 |

* Per Schedules and Statement of Affairs

MOR-2

Revised 11/08/05

CASE NAME: Animas Well Services, LLC
CASE NUMBER: 15-70162-rbk-11

## COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | FILING DATE* 11/24/15 | MONTH Nov-15 | MONTH Dec-15 | MONTH Jan-16 | MONTH Feb-16 | MONTH Mar-16 | MONTH Apr-16 | MONTH May-16 | MONTH Jun-16 | MONTH Jul-16 | MONTH Aug-16 | MONTH Sep-16 | MONTH Oct-16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **LIABILITIES** | | | | | | | | | | | | | |
| POST-PETITION LIABILITIES(MOR-4) | | 7,305.68 | 75,447.14 | 112,660.03 | 138,040.88 | 171,391.09 | 201,451.51 | 191,943.38 | 194,963.72 | 236,498.93 | 250,086.84 | 269,580.42 | 290,794.07 |
| **PRE-PETITION LIABILITIES** | | | | | | | | | | | | | |
| Notes Payable - Secured | 4,969,437.00 | 4,969,437.00 | 4,969,437.00 | 4,969,437.00 | 4,969,437.00 | 4,969,437.00 | 4,969,437.00 | 4,969,437.00 | 4,969,438.00 | 4,969,439.00 | 64,010.26 | 31,409.30 | 31,409.30 |
| Priority Debt | | | | | | | | | | | | | |
| Federal Income Tax | 0.00 | 0.00 | 0.00 | | | | | | | | | | |
| FICA/Withholding | 188,223.99 | 195,603.22 | 184,722.47 | 188,223.99 | 188,224.00 | 189,096.41 | 189,096.01 | 189,096.01 | 188,223.99 | 188,223.99 | 188,223.99 | 188,223.99 | 188,223.99 |
| Unsecured Debt | 2,067,933.00 | 2,087,073.70 | 2,011,626.56 | 2,014,600.86 | 2,014,600.86 | 2,014,600.86 | 2,014,600.86 | 2,014,600.86 | 2,014,600.86 | 2,014,600.86 | 2,014,600.86 | 2,014,600.86 | 2,014,600.86 |
| Other | 27,579.00 | 28,217.65 | 36,511.83 | 31,712.33 | 30,799.33 | 66,182.45 | 66,182.45 | 66,182.45 | 66,182.45 | 66,182.45 | 85,382.96 | 85,382.96 | 85,382.96 |
| TOTAL PRE-PETITION LIABILITIES | 7,253,172.99 | 7,280,331.57 | 7,202,297.86 | 7,203,974.18 | 7,203,061.19 | 7,239,316.72 | 7,239,316.32 | 7,239,316.32 | 7,238,445.30 | 7,238,446.30 | 2,352,218.07 | 2,319,617.11 | 2,319,617.11 |
| **TOTAL LIABILITIES** | 7,253,172.99 | 7,287,637.25 | 7,277,745.00 | 7,316,634.21 | 7,341,102.07 | 7,410,707.81 | 7,440,767.83 | 7,431,259.70 | 7,433,409.02 | 7,474,945.23 | 2,602,304.91 | 2,589,197.53 | 2,610,411.18 |
| **OWNER'S EQUITY (DEFICIT)** | | | | | | | | | | | | | |
| PREFERRED STOCK | | | | | | | | | | | | | |
| COMMON STOCK | | | | | | | | | | | | | |
| ADDITIONAL PAID-IN CAPITAL | 4,378,904.07 | 4,378,904.07 | 4,378,904.07 | 4,378,904.07 | 4,378,904.07 | 4,378,904.00 | 4,378,904.00 | 4,378,904.00 | 4,378,904.00 | 4,378,904.00 | 4,378,904.00 | 4,378,904.00 | 4,378,904.00 |
| RETAINED EARNINGS: Filing Date Book | -9,848,329.41 | -9,848,329.41 | -9,848,329.41 | -9,848,329.41 | -9,848,329.41 | -9,848,329.41 | -9,848,329.41 | -9,848,329.41 | -9,848,329.41 | -9,848,329.41 | -9,848,329.41 | -9,848,329.41 | -9,848,329.41 |
| RETAINED EARNINGS: Post Filing Date | | 9,502.52 | -61,245.30 | -114,021.94 | -108,762.87 | -102,237.55 | -135,278.60 | -134,684.32 | -151,333.97 | -181,765.32 | -158,756.27 | -186,013.74 | -193,078.72 |
| TOTAL OWNER'S EQUITY (NET WORTH) | -5,469,425.34 | -5,459,922.82 | -5,530,670.64 | -5,583,447.28 | -5,578,188.21 | -5,571,662.96 | -5,604,704.01 | -5,604,109.73 | -5,620,759.38 | -5,651,190.73 | -5,628,181.68 | -5,655,439.15 | -5,662,504.13 |
| **TOTAL LIABILITIES & OWNERS EQUITY** | $1,783,747.65 | $1,827,714.43 | $1,747,074.36 | $1,733,186.93 | $1,762,913.86 | $1,839,044.85 | $1,836,063.82 | $1,827,149.97 | $1,812,649.64 | $1,823,754.50 | ($3,025,876.77) | ($3,066,241.62) | ($3,052,092.95) |

\* Per Schedules and Statement of Affairs

MOR-3

Revised 11/08/05

CASE NAME: Animas Well Services, LLC
CASE NUMBER: 15-70162-rbk-11

## SCHEDULE OF POST-PETITION LIABILITIES

| | MONTH Nov-15 | MONTH Dec-15 | MONTH Jan-16 | MONTH Feb-16 | MONTH Mar-16 | MONTH Apr-16 | MONTH May-16 | MONTH Jun-16 | MONTH Jul-16 | MONTH Aug-16 | MONTH Sep-16 | MONTH Oct-16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *TRADE ACCOUNTS PAYABLE* | 7,305.68 | 68,489.99 | 66,111.05 | 62,658.74 | 62,545.68 | 75,046.96 | 90,323.17 | 92,334.78 | 99,250.74 | 85,273.67 | 104,207.63 | 104,207.63 |
| TAX PAYABLE | | | | | | | | | | | | |
| Federal Payroll Taxes | | 6,957.15 | 20,693.16 | 25,041.95 | 36,781.74 | 63,764.46 | 59,142.00 | 68,241.32 | 102,283.12 | 129,848.10 | 129,848.10 | 129,848.10 |
| State Payroll Taxes | | | | | | | | | | | | |
| Ad Valorem Taxes | | | | | | | | | | | | |
| Other Taxes | | 0.00 | 25,855.82 | 9,163.08 | 8,827.55 | 11,125.48 | 463.60 | 1,373.01 | 2,950.46 | 2,950.46 | 3,510.08 | 3,510.08 |
| TOTAL TAXES PAYABLE | 0.00 | 6,957.15 | 46,548.98 | 34,205.03 | 45,609.29 | 74,889.94 | 59,605.60 | 69,614.33 | 105,233.58 | 132,798.56 | 133,358.18 | 133,358.18 |
| SECURED DEBT POST-PETITION | | 0.00 | | | | | | | | | | |
| ACCRUED INTEREST PAYABLE | | | | | | | | | | | | |
| ACCRUED PROFESSIONAL FEES* | | | | 41,177.11 | 63,236.12 | 51,514.61 | 42,014.61 | 33,014.61 | 32,014.61 | 32,014.61 | 32,014.61 | 53,228.26 |
| OTHER ACCRUED LIABILITIES | | | | | | | | | | | | |
| 1. | | | | | | | | | | | | |
| 2. | | | | | | | | | | | | |
| 3. | | | | | | | | | | | | |
| TOTAL POST-PETITION LIABILITIES (MOR-3) | $7,305.68 | $75,447.14 | $112,660.03 | $138,040.88 | $171,391.09 | $201,451.51 | $191,943.38 | $194,963.72 | $236,498.93 | $250,086.84 | $269,580.42 | $290,794.07 |

*Payment requires Court Approval

MOR-4

*Revised 11/08/05*

CASE NAME: Animas Well Services, LLC
CASE NUMBER: 15-70162-rbk-11

## AGING OF POST-PETITION LIABILITIES
MONTH October-16

| DAYS | TOTAL | TRADE ACCOUNTS | FEDERAL TAXES | STATE TAXES | AD VALOREM, OTHER TAXES | MONTH |
|---|---|---|---|---|---|---|
| 0-30 | 137,889.86 | 8,041.76 | 129,848.10 | 0.00 | 0.00 | |
| 31-60 | 21,066.41 | 21,066.41 | | | | |
| 61-90 | 75,099.46 | 75,099.46 | | | | |
| 91+ | 0.00 | 0.00 | | | | |
| TOTAL | $234,055.73 | $104,207.63 | $129,848.10 | $0.00 | $0.00 | $0.00 |

## AGING OF ACCOUNTS RECEIVABLE

| MONTH | October-16 | | | | | |
|---|---|---|---|---|---|---|
| 0-30 DAYS | 0.00 | | | | | |
| 31-60 DAYS | 0.00 | | | | | |
| 61-90 DAYS | 3,880.77 | | | | | |
| 91+ DAYS | 143,714.75 | | | | | |
| TOTAL | $147,595.52 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**MOR-5**

*Revised 11/08/05*

CASE NAME: Animas Well Services, LLC
CASE NUMBER: 15-70162-rbk-11

## STATEMENT OF INCOME (LOSS)

| | MONTH 11/24/2015-11/30/2015 | MONTH Dec-15 | MONTH Jan-16 | MONTH Feb-16 | MONTH Mar-16 | MONTH Apr-16 | MONTH May-16 | MONTH Jun-16 | MONTH Jul-16 | MONTH Aug-16 | MONTH Sep-16 | MONTH Oct-16 | FILING TO DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REVENUES (MOR-1) | 20,472.11 | 177,877.00 | 220,338.51 | 203,590.00 | 234,687.00 | 196,935.40 | 155,460.00 | 152,766.09 | 197,097.50 | 172,440.49 | 0.00 | 0.00 | 1,731,664.10 |
| TOTAL COST OF REVENUES | 8,201.33 | 175,864.32 | 198,256.04 | 153,346.85 | 175,527.80 | 159,621.75 | 133,885.46 | 129,406.00 | 185,463.11 | 138,901.12 | -634.55 | 0.00 | 1,457,839.23 |
| GROSS PROFIT | 12,270.78 | 2,012.68 | 22,082.47 | 50,243.15 | 59,159.20 | 37,313.65 | 21,574.54 | 23,360.09 | 11,634.39 | 33,539.37 | 634.55 | 0.00 | 273,824.87 |
| OPERATING EXPENSES: | | | | | | | | | | | | | |
| Selling & Marketing | | | | | | | | | | | | | 0.00 |
| General & Administrative | 2,708.35 | 51,118.03 | 51,449.10 | 49,778.13 | 52,225.38 | 69,961.87 | 20,584.87 | 39,621.75 | 41,679.56 | 10,129.01 | 26,609.75 | 5,694.16 | 421,559.96 |
| Insiders Compensation | | 5,461.54 | ############ | | 0.00 | | | | | | | | 8,192.31 |
| Professional Fees | | | | | | | | | | | | | 0.00 |
| Other | | | | | | | | | | | | | 0.00 |
| Other | | | | | | | | | | | | | 0.00 |
| TOTAL OPERATING EXPENSES | 2,708.35 | 56,579.57 | 54,179.87 | 49,778.13 | 52,225.38 | 69,961.87 | 20,584.87 | 39,621.75 | 41,679.56 | 10,129.01 | 26,609.75 | 5,694.16 | 429,752.27 |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | 9,562.43 | -54,566.89 | -32,097.40 | 465.02 | 6,933.82 | -32,648.22 | 989.67 | -16,261.66 | -30,045.17 | 23,410.36 | -25,975.20 | -5,694.16 | -155,927.40 |
| INTEREST EXPENSE | 59.91 | 12,118.56 | 21,853.75 | 11,853.98 | 408.50 | 392.83 | 395.39 | 387.99 | 386.18 | 401.31 | 1,282.27 | 1,370.82 | 50,911.49 |
| DEPRECIATION | 0.00 | 0.00 | | | | | | | | | | | 0.00 |
| OTHER (INCOME) EXPENSE* | | 4,062.37 | -1,174.51 | -16,648.03 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -13,760.17 |
| OTHER ITEMS** | | | | | | | | | | | | | 0.00 |
| TOTAL INT, DEPR & OTHER ITEMS | 59.91 | 16,180.93 | 20,679.24 | -4,794.05 | 408.50 | 392.83 | 395.39 | 387.99 | 386.18 | 401.31 | 1,282.27 | 1,370.82 | 37,151.32 |
| NET INCOME BEFORE TAXES | 9,502.52 | -70,747.82 | -52,776.64 | 5,259.07 | 6,525.32 | -33,041.05 | 594.28 | -16,649.65 | -30,431.35 | 23,009.05 | -27,257.47 | -7,064.98 | -193,078.72 |
| FEDERAL INCOME TAXES | | | | | | | | | | | | | 0.00 |
| NET INCOME (LOSS) (MOR-1) | $9,502.52 | ($70,747.82) | ($52,776.64) | $5,259.07 | $6,525.32 | ($33,041.05) | $594.28 | ($16,649.65) | ($30,431.35) | $23,009.05 | ($27,257.47) | ($7,064.98) | ($193,078.72) |

*Accrual Accounting Required, Otherwise Footnote with Explanation.*
\* *Footnote Mandatory.*
\*\* *Unusual and/or infrequent item(s) outside the ordinary course of business requires footnote.*

**MOR-6**

| Footnote | |
|---|---|
| Other (Income) | $20,000 can in from an outside party to pay on time the State taxes. This was to bridge the timing gap from collecting receivables. |

*Revised 11/05/05*

CASE NAME: Animas Well Services, LLC
CASE NUMBER: 15-70162-rbk-11

| CASH RECEIPTS AND DISBURSEMENTS | MONTH 11/24/2015-11/30/2015 | MONTH Dec-15 | MONTH Jan-16 | MONTH Feb-16 | MONTH Mar-16 | MONTH Apr-16 | MONTH May-16 | MONTH Jun-16 | MONTH Jul-16 | MONTH Aug-16 | MONTH Sep-16 | MONTH Oct-16 | FILING TO DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $24,655.24 | $0.00 | $68,273.96 | $23,634.42 | $61,095.26 | $37,232.05 | $35,374.94 | $25,751.33 | $4,205.44 | $26,157.21 | $3,343.63 | $117,606.34 | $24,655.24 |
| RECEIPTS: | | | | | | | | | | | | | |
| 2. CASH SALES | | | | | | | | | | | | | 0.00 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | 324.75 | 351,141.85 | 128,619.12 | 287,791.55 | 313,377.02 | 237,128.94 | 211,138.46 | 175,438.48 | 181,647.04 | 208,008.11 | 211,318.11 | 8,218.02 | 2,314,151.45 |
| 4. LOANS & ADVANCES (attach list) | | | | 14,000.00 | | | 0.00 | 20,000.00 | 0.00 | 75,000.00 | 0.00 | | 109,000.00 |
| 5. SALE OF ASSETS | | | | | | | | | | 710,000.00 | 0.00 | | 710,000.00 |
| 6. OTHER (attach list) | | | | | | | | | | | | | 0.00 |
| TOTAL RECEIPTS** | 324.75 | 351,141.85 | 128,619.12 | 301,791.55 | 313,377.02 | 237,128.94 | 211,138.46 | 195,438.48 | 181,647.04 | 993,008.11 | 211,318.11 | 8,218.02 | 3,133,151.45 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | | | | | | | 0.00 |
| DISBURSEMENTS: | | | | | | | | | | | | | |
| 7. NET PAYROLL | | 117,890.07 | 56,350.00 | 86,294.57 | 112,994.67 | 98,799.88 | 80,578.61 | 86,477.12 | 69,735.41 | 106,070.71 | 27,281.88 | | 842,472.92 |
| 8. PAYROLL TAXES PAID | 3,000.00 | 27,859.39 | 12,500.00 | 22,136.79 | 14,000.00 | 3,461.89 | 24,628.40 | 0.00 | 0.00 | 0.00 | 0.00 | | 107,586.47 |
| 9. SALES, USE & OTHER TAXES PAID | | | | 34,633.59 | 19,750.00 | 0.00 | 22,810.92 | 23,331.81 | 12,427.29 | 0.00 | 47,363.19 | 15,972.58 | 176,289.38 |
| 10. SECURED RENTAL/LEASES | 3,006.01 | 30,349.36 | 15,500.00 | 5,866.26 | 16,300.00 | 10,930.72 | 1,000.00 | 7,630.72 | 1,100.00 | 0.00 | 1,100.00 | | 92,783.07 |
| 11. UTILITIES & TELEPHONE | | | | | | | | | | | | | 0.00 |
| 12. INSURANCE | | 19,798.82 | 34,242.48 | 41,024.84 | 48,628.44 | 37,268.67 | 9,713.66 | 10,032.29 | 6,353.67 | 21,035.04 | 0.00 | | 228,097.91 |
| 13. INVENTORY PURCHASES | | | | | | | | | | | | | 0.00 |
| 14. VEHICLE EXPENSES | 0.00 | | | | | | | | | | | | 0.00 |
| 15. TRAVEL & ENTERTAINMENT | 0.00 | | | | | | | | | | | | 0.00 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | 8,973.98 | 30,231.35 | 21,207.52 | 29,267.40 | 49,389.96 | 25,559.79 | 19,676.85 | 24,826.55 | 25,251.64 | 22,068.02 | 0.00 | | 256,453.06 |
| 17. ADMINISTRATIVE & SELLING | 10,000.00 | 25,814.37 | 11,458.66 | 15,657.26 | 24,490.62 | 15,300.49 | 10,024.06 | 10,465.33 | 2,372.69 | 9,582.92 | 597.83 | 154.90 | 135,919.13 |
| 18. ADEQUATE PROTECTION PAYMENT(S) | | 12,000.00 | 22,000.00 | 27,500.00 | 38,386.71 | 35,943.10 | 35,854.57 | 42,220.55 | 41,454.57 | 31,100.00 | 15,837.50 | | 302,297.00 |
| 19. OTHER (attach list) | | 0.00 | | | | | | | | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 24,979.99 | 263,943.36 | 173,258.66 | 262,380.71 | 323,940.40 | 227,264.54 | 204,287.07 | 204,984.37 | 158,695.27 | 189,856.69 | 92,180.40 | 16,127.48 | 2,141,898.94 |
| 19. PROFESSIONAL FEES | | | | | 6,000.00 | 11,721.51 | 11,600.00 | 12,000.00 | 1,000.00 | 0.00 | 0.00 | | 42,321.51 |
| 20. U.S. TRUSTEE FEES | | | | 1,950.00 | | | 4,875.00 | | | | 4,875.00 | | 11,700.00 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | | | | 825,965.00 | 0.00 | | 825,965.00 |
| TOTAL DISBURSEMENTS** | 24,979.99 | 263,943.36 | 173,258.66 | 264,330.71 | 329,940.40 | 238,986.05 | 220,762.07 | 216,984.37 | 159,695.27 | 1,015,821.69 | 97,055.40 | 16,127.48 | 3,021,885.45 |
| 22. NET CASH FLOW | -24,655.24 | 87,198.49 | -44,639.54 | 37,460.84 | -16,563.38 | -1,857.11 | -9,623.61 | -21,545.89 | 21,951.77 | -22,813.58 | 114,262.71 | -7,909.46 | 111,266.00 |
| 23. CASH - END OF MONTH (MOR-2) | $0.00 | $87,198.49 | $23,634.42 | $61,095.26 | $44,531.88 | $35,374.94 | $25,751.33 | $4,205.44 | $26,157.21 | $3,343.63 | $117,606.34 | $109,696.88 | $135,921.24 |

* Applies to Individual debtors only
** Numbers for the current month should balance (match)
RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

MOR-7

*Revised 11/08/05*

| Footnote: | 1 Cash balance difference explanation for Cash- End of the Month for Dec 2015 and Cash Beginning of the month for January 2016: |
|---|---|
| | (As per the 1st MOR Filed with the Court) |
| | Bank Balance was $87,198.49 (Stated for Cash-End of the Month December 2015) |
| | Deposits in Transit: $10,431.20 |
| | Outstanding Checks: $29,355.73 |
| | Adjusted Bank Balance: $68,273.96 (Stated for Cash Beginning of the Month January 2016) |

Footnotes truncated

| Footnote: | 2 4. Loans & Advances: Ken Krisa & Jim Osborne loaned the company a total of $14,000 ($7,000 each) in February. |
|---|---|

| Footnote: | 3 Due to Footnote 2, the beginning cash for the month of April was adjusted ($7,299.83 actually went into payroll) |
|---|---|

| Footnote: | 4 4. Loans & Advances: Tom Krisa loaned the company a total of $20,000 in June. This was to bridge the cash timing of collections. |
|---|---|

| Footnote: | 5 19. Other: $40,965.02 went to close the transactions/sale of assets to Cogent Energy Services. |
|---|---|

| Footnote: | 6 4. Loans & Advances: (For Aug 2016, see attached list) $75,000 in Aug. was from the Owners of the Company. These proceeds were used for the sale of substantially all of the the assets. See attached sheet for further detail. |
|---|---|

| Footnote: | 7 5. SALE OF ASSETS (Aug. 2016, see attached list) $710,000 proceeds in cash, came from the buyer (Cogent Energy Services) of substantially all of the Debtor's assets. See attached sheet for further detail. |
|---|---|

| Footnote: | 8 21. OTHER REORGANIZATION EXPENSES (attach list, see attached list) $825,965 are the total uses of the proceeds of the sale of substantially all of the Debtor's assets. See attached sheet for further detail. |
|---|---|

| Footnote: | 9 18. Adequate Protection Payment for September $15,837.50 was paid to Colombia Consulting under their approved Interim Fee Application. |
|---|---|

CASE NAME: Animas Well Services, LLC
CASE NUMBER: 15-70162-rbk-11

# CASH ACCOUNT RECONCILIATION
## MONTH OF October-16

| BANK NAME | Frost Bank | | | | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | 578639485 | 578639493 | 578639507 | 578639620 | |
| ACCOUNT TYPE | OPERATING | PAYROLL | FEDERAL TAX | STATE TAX | TOTAL |
| BANK BALANCE | 106,113.97 | 3,211.38 | 34.92 | 336.61 | $109,696.88 |
| DEPOSITS IN TRANSIT | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| OUTSTANDING CHECKS | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| ADJUSTED BANK BALANCE | $106,113.97 | $3,211.38 | $34.92 | $336.61 | $109,696.88 |
| BEGINNING CASH - PER BOOKS | 114,254.56 | 3,238.01 | 40.09 | 73.68 | $117,606.34 |
| RECEIPTS* | 8,218.02 | 0.00 | | | $8,218.02 |
| TRANSFERS BETWEEN ACCOUNTS | -16,256.85 | 0.00 | 0.00 | 16,256.85 | $0.00 |
| (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR MFR-2 | 0.00 | 0.00 | | 0.00 | $0.00 |
| CHECKS/OTHER DISBURSEMENTS* | 101.76 | 26.63 | 5.17 | 15,993.92 | $16,127.48 |
| ENDING CASH - PER BOOKS | $106,113.97 | $3,211.38 | $34.92 | $336.61 | $109,696.88 |

MOR-8

*Numbers should balance (match) TOTAL RECEIPTS and TOTAL DISBURSEMENTS lines on MOR-7

Revised 11/08/05

CASE NAME: Animas Well Services, LLC
CASE NUMBER: 15-70162-rbk-11

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U.S. Bankruptcy Code) and the professionals. Also, for insiders, identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary).

| INSIDERS: NAME/COMP TYPE | MONTH November | MONTH December | MONTH January | MONTH February | MONTH March | MONTH April | MONTH May | MONTH June | MONTH July | MONTH August | MONTH September | MONTH October |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Kenneth Krisa | | 3,461.54 | 1,730.77 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2. James Osborne | | 2,000.00 | 1,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 3. | | | | | | | | | | | | |
| 4. | | | | | | | | | | | | |
| 5. | | | | | | | | | | | | |
| 6. | | | | | | | | | | | | |
| TOTAL INSIDERS (MOR-1) | $0.00 | $5,461.54 | $2,730.77 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| PROFESSIONALS | MONTH November | MONTH December | MONTH January | MONTH February | MONTH March | MONTH April | MONTH May | MONTH June | MONTH July | MONTH August | MONTH September | MONTH October |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Glast, Phillips & Murray, P.C. | | | | | 6,000.00 | 6,000.00 | 6,000.00 | 6,000.00 | 1,000.00 | 0.00 | 0.00 | 0.00 |
| 2. Colombia Consulting Group, PLLC | | | | | 0.00 | 5,721.51 | 3,500.00 | 3,000.00 | 0.00 | 0.00 | 15,837.50 | 0.00 |
| 3. | | | | | | | | | | | | |
| 4. | | | | | | | | | | | | |
| 5. | | | | | | | | | | | | |
| 6. | | | | | | | | | | | | |
| TOTAL PROFESSIONALS (MOR-1) | $0.00 | $0.00 | $0.00 | $0.00 | $6,000.00 | $11,721.51 | $9,500.00 | $9,000.00 | $1,000.00 | $0.00 | $15,837.50 | $0.00 |

MOR-9

Revised 11/08/05